# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

M.P., by and through his
parents and natural guardians
K. and D.P.,

Case No. Civil 01-771 DSD/SRN

v.

**JUDGMENT IN A CIVIL CASE**

Independent School District
No. 721, New Prague and
Arlene Pexa,

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT:

Defendants' motion for summary judgment is granted and plaintiffs' claims are dismissed with prejudice.

DATE: May 15, 2002

RICHARD E. SLETTEN, CLERK

Julie Rustad

Julie Rustad, Deputy Clerk

27