UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-771(DSD/SRN)

M.P., by and through his
parents and natural guardians
K. and D.P.,

Plaintiffs,

v.

**DISQUALIFICATION AND ORDER FOR REASSIGNMENT**

Independent School District
No. 721, New Prague, et al.,

Defendants.

The above-captioned case has been assigned to the undersigned, a judge of the above court. Pursuant to Title 28, Section 455, the undersigned recuses himself from hearing this matter.

**ACCORDINGLY, IT IS HEREBY ORDERED** that pursuant to this court's Assignment of Cases Order filed February 10, 2003, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment, and the Clerk is further directed to void and reuse a card on the Civil Rights List of the automated case assignment system.

**IT IS FURTHER ORDERED** that a copy of this order shall be filed in the above-captioned case.

Dated: July 28, 2003

David S. Doty, Judge
U.S. District Court

FILED JUL 28 2003
RICHARD D. SLETTEN, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______

M.P., etc.

Vs 01-771JNE/JGL

ISD No. 721

Pursuant to an Order of Disqualification, the above case has been reassigned to Judge Joan N. Ericksen and referred to Magistrate Judge Jonathan G. Lebedoff. Please note the change in judges' initials above and refer to them when submitting materials to the court.