UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-771 (JNE/JGL)

M.P.,

Plaintiff,

v.

**PRETRIAL ORDER**

INDEPENDENT SCHOOL DISTRICT NO. 721,

Defendant.

Pursuant to Rule 16, Fed.R.Civ.P., the following schedule shall control pre-trial proceedings in this case:

1. Estimated length of trial is five days;

2. All motions which seek to amend any pleading or to add any parties must be filed prior to October 15, 2003;

3. Plaintiff shall disclose all expert witnesses, including reports, by November 15, 2003; Defendant shall disclose all expert witnesses, including reports, by December 15, 2003;

4. The period during which the parties may seek discovery shall be completed by February 1, 2004;

5. All non-dispositive motions, specifically those which relate to discovery and the discovery period, must be filed prior to March 1, 2004;

6. Until further notice, all dispositive motions must be noticed, served and filed, in accordance with the local rules, prior to May 1, 2004; and

7. This case will be considered "ready for trial" as of May 1, 2004.

DATED: September 3, 2003

JONATHAN LEBEDOFF
Chief U.S. Magistrate Judge

FILED SEP - 3 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENT'D ____
DEPUTY CLERK ____