16719697

FILED

AUG 2 6 2003

MICHAEL GANS
CLERK OF COURT

# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

No. 02-2608

| | | |
|---|---|---|
| M. P., etc., | * | |
| Appellant, | * | |
| v. | * | Appeal from the United States District Court for the District of Minnesota |
| Independent School District No. 721, et al., | * | |
| Appellees. | * | |

The motion of appellee Arlene Pexa to be dismissed as a party in the above matter is granted.

August 26, 2003

A True Copy
ATTEST:

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit

(39)

DEC 0 1 20..

FILED ____ RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED ____
DEPUTY CLERK'S INITIALS ____