**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

M.P., by and through his parents and natural guardians, D.P. and K.P.,

Plaintiffs,

-vs-

Independent School District No. 721, New Prague,

Defendants.

Civil File No. 01-771 (JNE/JEL)

**STIPULATION AND ORDER TO AMEND SCHEDULING ORDER**

The undersigned parties to the above-entitled actions, acting by and through their attorneys, hereby stipulate and agree to amend the scheduling order to reflect that change of the dispositive motion deadline from the 1st of May 2004, which has been designated as the trial-ready date for this matter, to the 1st of March 2004. The amendment to the scheduling order is being made so that the dispositive motion deadline is consistent with the trial-ready date set forth in the Scheduling Order.

By:______________________
Margaret O'Sullivan Kane/ID #220243
Center for Education Law, Ltd.
Attorneys for Plaintiffs
1654 Grand Avenue
Suite 200
Saint Paul, Minnesota 55105
651/222-8611
mkane@edlaw2000.com

Dated: 26 Jan. '04

FILED 1-30-04
RICHARD D. SLETTEN, CLERK
JUDGMENT ENT'D______
DEPUTY CLERK______

By: Marie Skinner Dated: 1-28-04

Marie C. Skinner/ID # 165025
Rider, Bennett
Attorneys for Defendants Independent School District No. 721
333 South Seventh Street
Suite 2000
Minneapolis, Minnesota 55402
612/335-3879
mcskinner@riderlaw.com

**ORDER**

Based on the stipulation of the above-designated parties to this action,

**IT IS HEREBY ORDERED** that the Scheduling Order is amended to reflect that the dispositive motion deadline shall be changed from the 1st of May 2004 to the 1st of March 2004 pursuant to the stipulation and agreement between the parties.

Dated: JAN. 30, 2004

BY THE COURT:

Jonathan Lebedoff
United States Magistrate Judge