**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| M.P. by and through his parents and natural guardians, K and D.P., Plaintiffs, | 01cv~~711~~ 771 (JNE/SRN) |
| v. | **ORDER** |
| Independent School District No. 721 and Arlene Pexa, Defendants. | |

---

The undersigned, Judge of United States District Court, pursuant to the motion of Arlene Pexa, hereby dismisses Arlene Pexa from this case with prejudice and without costs or disbursements to any party, and orders the Clerk of Court to remove her name from the caption of this case.

Dated: February 3, 2004.

JOAN N. ERICKSEN, Judge
United States District Court

FILED FEB 03 2004
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED________
DEPUTY CLERK'S INITIALS________