# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## CIVIL MOTION HEARING

| | | |
|---|---|---|
| M.P. by and through his parents, | ) | **COURT MINUTES** |
| | ) | BEFORE: Joan N. Ericksen |
| Plaintiff, | ) | U.S. Judge |
| | ) | |
| v. | ) | Case No: 01cv771 (JNE/JGL) |
| | ) | Date: April 19, 2004 |
| Independent School District No. 721, | ) | Court Reporter: Maria Weinbeck |
| | ) | Time Commenced: 10:30 a.m. |
| Defendant. | ) | Time Concluded: 11:30 a.m. |
| | ) | Time in Court: 1 Hour |
| | ) | |

Hearing on: **Defendant Motion to Dismiss/Summary Judgment (#45) - taken under advisement**

APPEARANCES:

Plaintiff: Margaret O'Sullivan Kane
Defendant: Charles E. Long and Marie C. Skinner

PROCEEDINGS:

9 Plaintiff's Witnesses:
9 Plaintiff' Exhibits:
9 Defendant's Witnesses:
9 Defendant's Exhibits:

**IT IS ORDERED:

9 **Submitted** 9 **Sustained** 9 **Overruled**
9 Brief time set:
9 Written order forthcoming.

s/Sheri L. Frette
Calendar Clerk