✎AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

M.P., by and through his parents and natural guardians, K. and D.P.,

V.

Independent School District No. 721, New Prague, Minnesota,

## JUDGMENT IN A CIVIL CASE

Case Number: 01-771 JNE/JGL

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. District's Motion for Dismissal and/or Summary Judgment (Docket No. 45) is GRANTED.

2. M.P.'s Complaint is DISMISSED WITH PREJUDICE.

January 6, 2005
Date

RICHARD D. SLETTEN, CLERK

s/Rena L. Riemer
(By) Rena Lexvold Riemer, Deputy Clerk