**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

M. P., by and through
his parents and natural guardians,
K. P. and D. P.,

Plaintiffs,

-vs-

Independent School District No. 721,
New Prague, New Prague Board
of Education, Arlene Pexa, school nurse,
in her personal and representative capacity,

Defendants.

Civil File No. 01-711 (JNE/JGL)

**NOTICE OF APPEAL**

Notice is hereby given that M.P., by and through his parents, K.P. and D.P., plaintiffs in the above-captioned cause of action, hereby appeal to the United States Court of Appeals for the Eighth Circuit from an order for judgment on the record entered in this action on the 6th of January 2005.

Respectfully submitted,

**CENTER FOR EDUCATION LAW, LTD.**

Dated: 10 Jan. '05

By: ______________________
Margaret O'Sullivan Kane/ ID # 220243
Attorneys for Plaintiffs
1654 Grand Avenue
Suite 200
Saint Paul, Minnesota 55105
651/222-8611

SCANNED
JAN 11 2005
U.S. DISTRICT COURT ST. PAUL

**CENTER FOR EDUCATION LAW, LTD.**

ENSURING EQUITY IN EDUCATION

MARGARET O'SULLIVAN KANE
AMY JANE GOETZ *
ATTORNEYS AT LAW
*Also Admitted in Wisconsin

RECEIVED
BY MAIL
JAN 11 2005
CLERK, US DIST. COURT
ST. PAUL, MN

10 January 2005

**VIA U.S. MAIL**

Clerk of Court
United States District Court
316 North Robert Street
Saint Paul, Minnesota 55101

**Re: M. P. v. Independent School District No. 721, New Prague**
**Civil File No. 01-771 (JNE/JGL)**

Dear Clerk of Court:

Enclosed for filing please find the original and two copies for service the following documents:

1. Notice of Appeal.

If you have any questions regarding the enclosed Notice, please do not hesitate to contact my office. Thank you for your time and consideration.

Respectfully,

Margaret O'Sullivan Kane

cc: Marie Skinner, Esq.
Poultons

Encl.
mok:dbs

1654 GRAND AVENUE, SUITE 200 ◆ SAINT PAUL, MINNESOTA 55105

TELEPHONE (651) 222-8611 ◆ FACSIMILE (651) 221-2623
E-MAIL agoetz@edlaw2000.com / mkane@edlaw2000.com
◆ WEB SITE edlaw2000.com ◆