UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
Thomas F. Eagleton Court House
Room 24.329 VOICE (314)244-2400
111 S. 10TH Street FAX (314)244-2780
St. Louis, Missouri 63102 www.ca8.uscourts.gov

Michael E. Gans
Clerk of Court

March 2, 2005

Ms. Margaret O'Sullivan Kane
CENTER FOR EDUCATION LAW
Suite 200
1654 Grand Avenue
St. Paul, MN 55105

Re: 05-1584 M.P. vs. Ind. School Dist 721

Dear Counsel:

We have received certified copies of the notice of appeal and docket entries from the Clerk of the United States District Court, together with notification that the docket fee is pending. This appeal has been docketed today under the number indicated. Pursuant to Rule 3(e), Federal Rules of Appellate Procedure you must pay this court's docket fee of $250 to the clerk of the district court in addition to a $5.00 Filing Fee and any other applicable district court fees by March 17, 2005. Failure to pay the fee by the deadline may result in the dismissal of the case for failure to prosecute.

The clerk's office provides a number of practice aids and materials to assist you in preparing the record and briefs. You can download the materials from our Website at www.ca8.uscourts.gov/newcoa/coaFrame.html . The material is provided to assist counsel in the preparation and filing of the record and briefs. Counsel for both sides must familiarize themselves with the material and immediately confer regarding the briefing schedule and record requirements (Eighth Circuit Rule 30A). Within ten days of the date of this letter appellant must file with this office (1) verification that the transcript arrangements have been satisfactorily completed and (2) notification of the method of preparation of the appendix jointly selected by counsel. Appeals in which the appendix and opening brief are not timely filed are subject to dismissal pursuant to Eighth Circuit Rule 3C; cases in which appellees do not timely file a brief are governed by FRAP Rule 31(c).

Multiple appellants or appellees who are jointly represented by a single attorney shall file one brief. Multiple appellants or appellees who are separately represented may file separate briefs or a joint brief. A party responding to multiple briefs from separately-represented parties shall file a single responsive or reply brief.

(5052-010199)

SCANNED
MAR 2 2005
U.S. DISTRICT COURT MPLS

Michael E. Gans
Clerk of Court

jab

Enclosure(s)

cc: Charles Earl Long
Marie C. Skinner
James R. Andreen
Kristine Mousseau, Court Reporter
Richard Sletten, Clerk

District Court/Agency Case Number(s): CIV 01-771 JNE/JGL

UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

APPEAL BRIEFING SCHEDULE

Appeal No. 05-1584 M.P. v. Ind. School Dist 721

Date: March 2, 2005

This schedule has been established in conformity with the 8th Cir.R. 28A & 30A, which is a modification of the procedure suggested in FRAP. Because this court has directed that the practice of routinely granting extensions of time be discontinued, counsel and court personnel must carefully note the dates indicated and arrange their schedules to insure compliance with this order.

APPEAL REQUIREMENTS

1. Complete and file immediately:
   a. Appeal Information Form. 8th Cir. R. 3B.
   b. Corporate Disclosure Statement. 8th Cir. R. 26.1A.
   c. The enclosed Entry of Appearance Form.
2. Within 10 days of filing the notice of appeal, appellant must
   a. order the necessary transcript part or file a certificate of waiver. FRAP 10 (b)
   b. arrange for payment of transcript costs. FRAP 10 (b)
   c. confer with opposing counsel regarding method of preparation of appendix. FRAP 30, 8th Cir. R. 30A.
3. Within 20 days of filing the notice of appeal, appellee must
   a. order additional portions of transcript, if necessary.
   b. arrange for payment of transcript costs.

COURT REPORTER REQUIREMENTS

1. Upon receipt of the transcript order, the reporter shall
   a. endorse it and forward a copy to this court. FRAP 11(b)
   b. complete the transcript within 30 days. FRAP 11(b)
2. Request an extension of time in writing with justification.

NOTE: SANCTIONS MAY BE IMPOSED IF A TRANSCRIPT IS NOT ORDERED AND TRANSCRIBED IN ACCORDANCE WITH THE RULES. Counsel will not be permitted to "buy time" by delaying the transcript order.

FILING DATES:

Method of Appendix Preparation Notification.........10 days from today
Designation & Statement of Issues-Appellant.........10 days from today
Designation of Record-Appellee.................10 days from service of appellant's designation
Transcript..............................................4/11/05
Appendix (3 copies)....................................4/21/05
Brief-Appellant with addendum...........................4/21/05
Brief-Appellee..........................................5/23/05
Reply-Brief.............................................6/6/05

ALL BRIEFS AND APPENDICES SHOULD BE FILED WITH THE ST. LOUIS OFFICE

(5003-010199)