Receipt 146435

UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
THOMAS F. EAGLETON COURT HOUSE
ROOM 24.329
111 S. 10TH STREET
ST. LOUIS, MISSOURI 63102

MICHAEL E. GANS
Clerk of Court

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

RECEIVED
05 MAR 15 PM 1:38
CLERK, U.S. DIST. COURT
ST. PAUL, MN

March 15, 2005

Mr. Richard Sletten
Clerk
U.S. DISTRICT COURT, MINNESOTA
202 U.S. Courthouse
300 S. Fourth Street
Minneapolis, MN 55415

CV01-771 JNE/JGL

Re: 05-1584 M.P. vs. Ind. School Dist 721

Dear Mr. Sletten:

Enclosed is a letter dated March 4, 2005, from plaintiffs' counsel, Margaret O'Sullivan Kane, along with check number 1355 in the amount of $255 for payment of the docketing fee for the subject case which is on appeal from district court case number CIV 01-711.

Please provide this court with docket entries indicating that the enclosed payment has been processed, along with a copy of the receipt issued to Ms. Kane. The fee status for the appeal will be updated upon receipt of the requested documentation.

Thank you for your assistance.

Sincerely,

Michael E. Gans

Michael E. Gans
Clerk of Court

jab

Enclosure(s)

cc: Margaret O'Sullivan Kane
Charles Earl Long
Marie C. Skinner
James R. Andreen
Kristine Mousseau, Court Reporter

SCANNED
MAR 16 2005
U.S. DISTRICT COURT ST. PAUL

District Court/Agency Case Number(s): CIV 01-771 JNE/JGL

March 15, 2005

jab

05-1584 M.P. v. Ind. School Dist 721

Ms. Margaret O'Sullivan Kane
CENTER FOR EDUCATION LAW
Suite 200
1654 Grand Avenue
St. Paul, MN 55105

Mr. Charles Earl Long
RIDER & BENNETT
Suite 4900
33 S. Sixth Street
Minneapolis, MN 55402

Ms. Marie C. Skinner
RIDER & BENNETT
Suite 4900
33 S. Sixth Street
Minneapolis, MN 55402

Mr. James R. Andreen
ERSTAD & RIEMER
200 Riverview Office Tower
8009 34th Avenue, S.
Minneapolis, MN 55425

Ms. Kristine Mousseau
Court Reporter
Room 1031
U.S. Courthouse
300 S. Fourth Street
Minneapolis, MN 55415-1320

Mr. Richard Sletten
Clerk
U.S. DISTRICT COURT, MINNESOTA
202 U.S. Courthouse
300 S. Fourth Street
Minneapolis, MN 55415

(5075-010199)

05-1584

# CENTER FOR EDUCATION LAW, LTD.

ENSURING EQUITY IN EDUCATION

MARGARET O'SULLIVAN KANE
AMY JANE GOETZ *
ATTORNEYS AT LAW
*Also Admitted in Wisconsin

4 March 2005

VIA US MAIL

Michael E. Gans, Clerk of Court
United States Court of Appeals
111 South 10th Street
Room 24.329
St. Louis, Missouri 63102

1878871
FILED
ST. PAUL, MN
MAR 15 2005
MICHAEL E. GANS
CLERK

**Re: M.P., *et al.* v. Independent School District 721, *et al.***
**Appellate File No. 05-1584**

Dear Mr Gans:

Enclosed please find the following documents:

1. Notice of Appearance;
2. Agreement to Participate in Electronic Noticing System; and
3. a cheque for Docket and Filing Fee in the amount of Two Hundred and Fifty-Five Dollars and no/100 ($255.00).

Unfortunately, I was unable to e-mail either the Notice of Appearance or the Agreement for reasons my office is looking into. If you have any questions or concerns regarding the enclosing information, please do not hesitate to contact my office. Thank you for your time and consideration to this matter.

Respectfully,

Margaret O'Sullivan Kane

Cc: Poultons
Marie Skinner

Encl.
Mok:dbs

RECEIVED
MAR 7 2005
U.S. COURT OF APPEALS EIGHTH CIRCUIT