UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
Thomas F. Eagleton Court House
Room 24.329 VOICE (314)244-2400
Michael E. Gans 111 S. 10TH Street FAX (314)244-2780
Clerk of Court St. Louis, Missouri 63102 www.ca8.uscourts.gov

March 25, 2005

Ms. Margaret O'Sullivan Kane
CENTER FOR EDUCATION LAW
Suite 200
1654 Grand Avenue
St. Paul, MN 55105

Re: 05-1584 M.P. vs. Ind. School Dist 721

Dear Counsel:

As requested by James Andreen, counsel for Arlene Pexa, enclosed is a revised caption reflecting that Arlene Pexa is not a party to this action. Mr. Andreen has also been terminated on the docket and will no longer receive information on this case.

Michael E. Gans
Clerk of Court

jab

Enclosure(s)

cc: Charles Earl Long
James R. Andreen
Marie C. Skinner
Kristine Mousseau, Court Reporter
Richard Sletten, Clerk

District Court/Agency Case Number(s): CIV 01-771 JNE/JGL

SCANNED
MAR 28 2005
U.S. DISTRICT COURT MPLS

| | |
|---|---|
| From: | VIA Transmission - Eighth Circuit U.S. Court of Appeals Clerks Office |
| To: | Richard Sletten |
| Date: | March 25, 2005 04:35 PM |
| Pages: | 2 |
| Subject: | Via Notice for case 05-1584 ~05-1584:jab383649032505P2-2:0 |

---------------------VIA TRANSMISSION-----------------------

TO: Richard Sletten

FROM: United States Court of Appeals for the Eighth Circuit

Circuit Clerks Office
111 South 10th Street
Suite 24.329
Saint Louis, MO 63102

Voice: 314-244-2400 Fax..: 314-244-2780

Confidential: This Fax/E-mail and any files transmitted with it are the property of the U.S. Courts, are confidential, and are intended solely for the use of the individual or entity to whom this Fax/E-mail is addressed. If you are not one of the named recipient(s) or otherwise have a reason to believe that you have received this message in error, please notify the sender at 314-244-2400 and delete/destroy this message immediately. Any other use, retention, dissemination, forwarding, printing, or copying of this Fax/E-mail is strictly prohibited.

-------------------------------------------------------

SCANNED
MAR 28 2005
U.S. DISTRICT COURT MPLS