**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**
**CLERK'S OFFICE**

## RECORDS TRANSMITTAL SHEET

**DATE:** March 15, 2006

RE: 05-1584 M.P. vs. Ind. School Dist 721

RECEIVED
06 MAR 20 PM 3:14
CLERK, U.S. DIST COURT
MINNEAPOLIS, MN

**TO:** Mr. Richard Sletten

**FROM:** James Foster

Enclosed are the following records for return to your office:

Original file: 2 vols.and 1 exp. folder  Transcript:

Deposition:  Sealed:

Exhibits:

Other:

[ ] Case closed  [ ] Counsel appointed

[ ] Per your request  [ ] Return to this office

Enclosure(s)

(5218-010199)

District Court/Agency Case Number(s): CIV 01-771 JNE/JGL

jjf

SCANNED
MAR 2 0 2006
U.S. DISTRICT COURT MPLS