AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA MINNESOTA

M.P.
V.
Independent School District No. 721 7

**NOTICE**

CASE 01-CV-0771 (JNE/JJG)

TYPE OF CASE:

☒ **CIVIL** ☐ **CRIMINAL**

☒ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. / DATE AND TIME |
|---|---|
| **Interim U.S. Courthouse**<br>**180 E. 5th Street**<br>**St. Paul, MN 55101** | ROOM NO.: **Chambers, Room 750**<br>DATE AND TIME: **Wednesday, May 10, 2006; 10:00 a.m.** |

TYPE OF PROCEEDING

**Case management conference**

☐ **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| | | |

JEANNE J. GRAHAM
United States Magistrate Judge

April 26, 2006
DATE

s/ Mary Lenner, Judicial Assistant
(BY) DEPUTY CLERK