# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

01-771 JNF

No. 05-1584

M.P., by and through his parents and natural guardians, K. and D.P.,

Appellant,

v.

Independent School District No. 721, New Prague, Minnesota,

Appellee.

Appeal from the United States District Court for the District of Minnesota

**JUDGMENT**

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is reversed and the cause is remanded to the district court for proceedings consistent with the opinion of this court.

(5172-010199)

March 8, 2006

ORDER ENTERED IN ACCORDANCE WITH OPINION

Michael E. Gans

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: Michael E. Gans

UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
THOMAS F. EAGLETON COURT HOUSE
ROOM 24.329
111 S. 10TH STREET
ST. LOUIS, MISSOURI 63102

MICHAEL E. GANS
Clerk of Court

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

May 5, 2006

MAY 0_ 2006
CLERK US DIST COURT
MINNEAPOLIS MN

Mr. Richard Sletten
Clerk
U.S. DISTRICT COURT, MINNESOTA
202 U.S. Courthouse
300 S. Fourth Street
Minneapolis, MN 55415

Re: 05-1584 M.P. vs. Ind. School Dist 721

Dear Clerk:

The mandate of this Court is being sent to the clerk of the district court, together with a receipt. The clerk of the district court is requested to sign, date, and return the receipt to this office.

Any district court records in this court's possession will be returned shortly.

(5175-010199)

Sincerely,

Michael E. Gans

Michael E. Gans
Clerk of Court

dmh

Enclosure

(LETTER FOR INFORMATIONAL PURPOSES ONLY)
---------------------------------------
cc: Honorable Joan N. Ericksen
Margaret O'Sullivan Kane
Amy Jane Goetz
Charles Earl Long
Marie C. Skinner

District Court/Agency Case Number(s): CIV 01-771 JNE/JGL