Kennedy & Graven
CHARTERED

470 U.S. Bank Plaza
200 South Sixth Street
Minneapolis, MN 55402
(612) 337-9300 telephone
(612) 337-9310 fax
http://www.kennedy-graven.com

**SUSAN E. TORGERSON**
Attorney at Law
Direct Dial (612) 337-9302
email: storgerson@kennedy-graven.com

May 9, 2006

The Honorable Jeanne J. Graham
United States Magistrate Judge
180 E. 5th Street
St. Paul, MN 55101

**TRANSMITTED BY ECF**

Re: ***M.P., et al. v. Independent School District No. 721, et al.***
**Court File No. 01-0771 (JNE/JJG)**

Dear Judge Graham:

This letter is to confirm that the Case Management Conference in the above-entitled matter scheduled for Wednesday, May 10, 2006 at 10:00 a.m. has been rescheduled to Wednesday, May 17, 2006 at 2:00 p.m., at the Interim U.S. Courthouse, 180 E. 5th Street, Room 750, St. Paul, Minnesota.

Very truly yours,

KENNEDY & GRAVEN, CHARTERED

By______________________
Susan E. Torgerson
On Behalf of Marie C. Skinner

SET/dl
Cc: Margaret O'Sullivan Kane

290318v1 SET NE500-3