# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| M.P., | ) | COURT MINUTES - CIVIL |
| | ) | BEFORE:JEANNE J. GRAHAM |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: CIVIL NO. 01-771(JNE/JJG) |
| | ) | Date: 5/17/06 |
| INDEPENDENT SCHOOL DISTRICT | ) | Court Reporter: NOT APPLICABLE |
| NO. 721, | ) | Time Commenced: 2:10 P.M. |
| | ) | Time Concluded: 2:30 P.M. |
| Defendant. | ) | Time in Court: 0 Hours & 20 Minutes |

APPEARANCES:

Plaintiff: Margaret Kane
Defendant: Charles Long

PROCEEDINGS:

☐ Settlement reached. Terms stated on the record.
☐ No settlement reached.
☐ Telephone conference.
☒ **Case management conference**. Dates discussed for the progression of the case. Settlement conference scheduled for 9/6/06, with an earlier date if one becomes available.

IT IS ORDERED:

☐ Schedule Set:
Trial:
PTC:
Discovery:
☐ Proceedings continued to ____________________ at __________ a.m./p.m.
☐ Submitted ☐ Sustained ☐ Overruled
☐ Brief time set:
☒ No written order forthcoming.

s/M. Lenner
Judicial Asst.