UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| M.P., by and through his parents and natural guardians, K. and D.P., | Court File No. 01-771 (JNE/JGL) |
| Plaintiffs, | **DEFENDANT'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| Independent School District No. 721, New Prague, Minnesota, | **(No Oral Argument Requested)** |
| Defendant. | |

**TO: Plaintiffs, M.P. by and through his Parents, K. and D.P., through their attorney Margaret O'Sullivan Kane, Kane Education Law, LLC, 1654 Grand Avenue, Suite 200, St. Paul, Minnesota 55105.**

PLEASE TAKE NOTICE that on the 6th day of June, 2006 before the Honorable Joan N. Ericksen, United States District Court Judge, in the U.S. Courthouse, 300 South Fourth Street, Minneapolis, Minnesota, Defendant Independent School District No. 721 renews its motion to the Court to grant summary judgment in favor of the Defendant Independent School District No. 721 on all remaining claims raised by the Plaintiffs and for such other and further relief as the Court deems fair, just and equitable.

This motion is made upon all of the files, records and proceedings herein, upon the arguments of counsel and upon the laws of the United States of America and the State of Minnesota. Because this motion has already been fully briefed and argued, the Defendant is requesting that its motion be decided upon the papers without any additional argument.

Date: June 6, 2006

KENNEDY & GRAVEN, CHARTERED

By: /s/ Marie C. Skinner
Marie C. Skinner (# 165025)
Charles E. Long (#239604)

200 South Sixth Street, Suite 470
Minneapolis, MN 55402
Telephone: (612) 337-9300

Attorneys for Independent School District No. 721, New Prague, Minnesota