**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**CERTIFICATE OF SERVICE**

I hereby certify that on June 6, 2006, I caused the following documents:

Defendant's Notice of Motion and Motion for Summary Judgment

to be filed electronically with the Clerk of the Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Margaret O'Sullivan Kane mkane@edlaw2000.com

By /s/ Charles E. Long
Charles E. Long

Dated: June 6, 2006