KANE EDUCATION LAW, LLC

MARGARET O'SULLIVAN KANE

ATTORNEY AT LAW

20 June 2006

**VIA ECF AND U.S. MAIL**

The Honorable Joan N. Erickson
United States District Court
316 North Robert Street
Saint Paul, Minnesota 55101

**Re: M. P. v. Independent School District No. 721, New Prague**
**Civil File No. 01-771 (JNE/JGG)**

Dear Judge Erickson:

I am writing in response to the District's recent Motion to the Court to consider its second summary judgment in this matter. It was my understanding that at the time the District's Motion to Dismiss was argued, the Court had received from the parties written arguments regarding the District's second motion for summary judgment and oral arguments were presented at that time. As a consequence, I see no reason to either re-submit the written arguments or appear for oral arguments.

If you have any questions regarding this correspondence, please do not hesitate to contact my office. Thank you for your time and consideration.

Respectfully,

Margaret O'Sullivan Kane

cc: Marie Skinner, Esq.
Poultons

mok:dbs

1654 GRAND AVENUE, SUITE 200 SAINT PAUL, MINNESOTA 55105
TELEPHONE 651/222-8611 FACSIMILE 651/221-2623
WEBSITE www.kaneeducationlaw.com EMAIL mkane@kaneeducationlaw.com