**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 20th of June 2006, I caused the following documents to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing on the individuals listed below:

**PLAINTIFFS' CORRESPONDENCE TO COURT DATED 20 June 2006**

Marie C. Skinner mskinner@kennedy-graven.com

Charles E. Long clong@kennedy-graven.com

I further certify that I caused a copy of the documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

**N/A**

Respectfully submitted,

**KANE EDUCATION LAW, LLC**

Dated: 20 June 2006

By: **s/ Margaret O'Sullivan Kane**

Margaret O'Sullivan Kane/ ID # 220243
Attorneys for Plaintiffs
1654 Grand Avenue
Suite 200
Saint Paul, Minnesota 55105
651/222-8611