**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

**Civil Trial Calendar**
**The Honorable Joan N. Ericksen**

You appear as counsel of record on one or more of the actions listed on the attached calendar. The cases will be called for trial **Tuesday, September 5, 2006. This calendar will run through the week of September 18, 2006.**

All cases shall be deemed ready for immediate trial commencing **September 5, 2006,** and will be called for trial on an as-needed basis. If you have an unavoidable conflict, you shall **IMMEDIATELY** contact Mrs. Sheri L. Frette, Calendar Clerk for The Honorable Joan N. Ericksen, 300 South Fourth Street, Suite 12W, Minneapolis, MN 55415, (612) 664-5890. Any questions regarding this calendar should be directed to Mrs. Frette.

**Under no circumstances will the failure to have completed the taking of depositions or other discovery be deemed justification for a delay or continuance.**

Please follow Rules 39.1 and 39.2 of this district's local rules concerning trial practice. Please read these rules carefully and comply fully as you prepare for trial.

**UNDER THE SPEEDY TRIAL ACT, THE TRIALS OF CRIMINAL CASES MAY BE REQUIRED TO TAKE PRECEDENCE OVER THE TRIALS OF CIVIL CASES.**

Dated: June 29, 2006.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**TRIAL CALENDAR COMMENCING Tuesday, September 5, 2006**
**at 9:30 a.m., before JUDGE JOAN N. ERICKSEN**
**in Minneapolis, Minnesota**

---

| | | | |
|---|---|---|---|
| ___ **JURY TRIAL** | | **JOB DISCRIMINATION** | |
| 1. | Dale J. Thomforde, | Celeste Culberth | 651/290-9300 |
| | v. 02cv4817 (JNE/FLN) | | |
| | International Business Machines, | Holly Robbins/Jerry Snider/Daniel Prokott | 612/766-7000 |
| | | **ESTIMATED TRIAL TIME: 5-7 days** | |

---

| | | | |
|---|---|---|---|
| ___ **JURY TRIAL** | | **CIVIL RIGHTS** | |
| 2. | M.P., by and through his parents, | Margaret Kane | 651/222-8611 |
| | v. 01cv771 (JNE/JJG) | | |
| | Independent School District No. 721, | Charles Long/Marie Skinner | 612/337-9306 |
| | | **ESTIMATED TRIAL TIME: 3-4 days** | |

| JURY TRIAL | | CIVIL RIGHTS | |
|---|---|---|---|
| 3. | Barbara A. Patrick, et al, | Eric Hageman/Robert Bennett | 612/333-9579 |
| | v. 03cv6133 (JNE/JSM) | | |
| | City of Brooklyn Park, et al, | Jason Kuboushek/Jon Iverson/Paul Reuvers | 952/548-7200 |
| | | **ESTIMATED TRIAL TIME: 4-5 days** | |

| JURY TRIAL | | CONTRACT | |
|---|---|---|---|
| 4. | Alienware Corp., | Brian Thomson/Fred Morris | 612/335-1500 |
| | | Alvin Davis | 305/577-2835 |
| | v. 04cv1333 (JNE/AJB) | | |
| | Best Buy Co., Inc., | Thomas Mahlum/Tim Block | 612/349-8500 |
| | | **ESTIMATED TRIAL TIME: 5 days** | |