**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

M.P., by and through his parents
and natural guardians, D.P. and K.P.,

Plaintiffs,

-vs-

Independent School District No. 721,
New Prague,

Defendants.

Civil File No. 01-771 (JNE/JEL)

**SUBSTITUTION OF COUNSEL**

The undersigned, being duly admitted to practice before the United States District Court, hereby enters an appearance for the Plaintiffs in the above-entitled case.

**KANE EDUCATION LAW, LCC.**

Dated:

By: /s/ Margaret O'Sullivan Kane
Margaret O'Sullivan Kane/ID#220243
Attorney for Plaintiffs
1654 Grand Avenue
Suite 200
Saint Paul, Minnesota 55105
651/222-8611

The undersigned hereby withdraws as counsel for the Plaintiffs in the above-entitled case. Notice of the substitution has been given to Plaintiffs and to each of the other parties through their counsel, and no party objects to the substitution or withdrawal.

**CENTER FOR EDUCATION LAW, LTD.**

Dated:

By: /s/ Margaret O'Sullivan Kane
Margaret O'Sullivan Kane/ID#220243
Attorneys for Plaintiffs
1654 Grand Avenue
Suite 200
Saint Paul, Minnesota 55105
651/222-8611