**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

M.P., by and through his parents and natural guardians, D.P. and K.P.,

Plaintiffs,

vs.

Independent School District No. 721, New Prague,

Defendant.

Civil No.: 01-771 (JNE/JEL)

**NOTICE OF APPEARANCE**

---

Pursuant to Rule 83.7(b) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorney hereby notifies the Court and counsel that Peter G. Mikhail shall appear as counsel of record, along with Marie C. Skinner and Charles E. Long, for Independent School District No. 721, New Prague, in this case.

Dated: August 17, 2006

Peter G. Mikhail (#249907)
Kennedy & Graven, Chartered
470 U.S. Bank Plaza
200 South Sixth Street
Minneapolis, MN 55402
Phone: (612) 337-9300