✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

M.P., *et al.*
V.
Independent School District No. 721, New Prague

## PLAINTIFFS' EXHIBIT LIST

Case Number: 01-CV-0771 (JNE/JJG)

| PRESIDING JUDGE | PLAINTIFFS' ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| The Honorable Joan N. Ericksen | Margaret O'Sullivan Kane | Marie C. Skinner |
| TRIAL DATE (S) 5th of September 2006 | COURT REPORTER: Maria Weinbeck | COURTROOM DEPUTY: Sheri Frette |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* |
|---|---|---|---|---|---|
| 1 | | | | | Nurse's Office Map |
| 2 | | | | | Greenleaf Elementary Staffing |
| 3 | | | | | File Review – Eligibility Summary |
| 4 | | | | | Abbott Northwestern Hospital Release and Records |
| 5 | | | | | Report Card (5th Grade) |
| 6 | | | | | Report Card (6th Grade) |
| 7 | | | | | Report Card (7th Grade) |
| 8 | | | | | IP Teacher Interview (7th Grade) |
| 9 | | | | | Cannon Valley Mental Health Services |
| 10 | | | | | Information Processing: Teacher Questionnaire (8th Grade) |
| 11 | | | | | Future Planning Inventory Parent/Guardian Form (8th Grade) |
| 12 | | | | | Section 504 Evaluation Summary and Education Plan (8th Grade) |
| 13 | | | | | Section 504 Evaluation Summary and Education Plan (8th Grade) |
| 14 | | | | | Notice of Educational Reassessment (8th Grade) |
| 15 | | | | | Home/Family Questionnaire |
| 16 | | | | | Notice of Team Meeting |
| 17 | | | | | Education Evaluation |
| 18 | | | | | MRVSEC Psychological Report |
| 19 | | | | | Grade Report – 8th Grade |
| 20 | | | | | Section 504 Evaluation Summary and Education Plan |
| 21 | | | | | Corresp. from Poultons to Nicholson w/ Certified receipt return. |
| 22 | | | | | Pam Tietz's Memo |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

M.P., *et al.*
V.
Independent School District No. 721, New Prague

## PLAINTIFFS' EXHIBIT LIST

Case Number: 01-CV-0771 (JNE/JJG)

| PRESIDING JUDGE | PLAINTIFFS' ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| The Honorable Joan N. Ericksen | Margaret O'Sullivan Kane | Marie C. Skinner |
| TRIAL DATE (S) 5th of September 2006 | COURT REPORTER: Maria Weinbeck | COURTROOM DEPUTY: Sheri Frette |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* |
|---|---|---|---|---|---|
| 23 | | | | | Corresp. from Hogan to Kelly Poulton |
| 24 | | | | | Report Card – 9th Grade (3 pages) |
| 25 | | | | | Non-Resident Form |
| 26 | | | | | *District Boundary Maps (New Prague) |
| 27 | | | | | *District Boundary Maps (Northfield) |
| 28 | | | | | Evaluation Report |
| 29 | | | | | Notice of Proposed Special Education Services |
| 30 | | | | | Report Card – 10th Grade |
| 31 | | | | | Expanded Individualized Education Program |
| 32 | | | | | Dr Lea Hogan Resume |
| 33 | | | | | Dr Lea Hogan's Clinical Notes |
| 34 | | | | | Fairview University Outpatient Evaluation Summary |
| 35 | | | | | MCI Worldcom. Telephone records |
| 36 | | | | | Graduating Students of 2003 |
| 37 | | | | | Income Taxes for tax years 2001 - 2003 |
| 38 | | | | | High School Student Handbook 1999-00 |
| 39 | | | | | Student Disability Non-Discrimination Policy 521 |
| 40 | | | | | Hazing Prohibition Policy No. 526 |
| 41 | | | | | Protection and Privacy of Pupil Records Policy 515 |
| 42 | | | | | Harassment and Violence Policy 413 |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.