✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

M.P., *et al.*
V.
Independent School District No. 721, New Prague

## PLAINTIFFS' WITNESS LIST

Case Number: 01-CV-0771 (JNE/JJG)

| PRESIDING JUDGE | PLAINTIFFS' ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| The Honorable Joan N. Ericksen | Margaret O'Sullivan Kane | Marie C. Skinner |
| TRIAL DATE (S) 5th of September 2006 | COURT REPORTER: Maria Weinbeck | COURTROOM DEPUTY: Sheri Frette |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF WITNESSES |
|---|---|---|---|---|---|
| | | | | | **Kelly Poulton**: Kelly Poulton is the mother of Matthew Poulton and she can testify to all of the elements of the complaint. |
| | | | | | **Dwight Poulton**: Dwight Poulton is the father of Matthew Poulton and he can testify to elements of the complaint. |
| | | | | | **Matthew Poulton**: Matthew Poulton is the student and can testify to the elements of the complaint. |
| ] | | | | | **Dr. Lea Hogan**: Dr. Hogan was Matthew's treating psychologist and can testify to the disclosure of the private information, the on-going verbal and physical assaults in the education environment, her recommendation for M.P. to be moved to another school district, the impact of the disclosure on M.P. and his family members, the response by the District, the short-term and long-term emotional and psychological damage sustained by M.P that resulted from the verbal and physical assaults. |
| | | | | | **Kathleen J. Mahowald**: Ms Mahowald is the grandmother to Matthew and can testify to the information she received from Matthew about the verbal and physical assaults and Ms Poulton's efforts to contact the school by telephone. Ms Mahowald can also testify to the affects the disclosure and harassment had on Matthew, his family and in the community. |
| | | | | | **Joseph Mahowald**: Mr Mahowald is a cousin of Matthew's and can testify to contact with New Prague students who harassed Matthew in the community after he moved to Northfield High School and the effects the harassment had on him and Matthew. |
| | | | | | **Steve Schultz**: Mr Schultz was a student with Matthew at New Prague High School and can testify to what he saw take place within the education setting with Matthew, including the verbal and physical assaults by other students. |
| | | | | | **Tony Nielsen**: Mr Nielsen was a student with Matthew at New Prague High School and can testify to what he saw take place within the education setting with Matthew, including the verbal and physical assaults by other students. |
| | | | | | **Frances Poplau**: Ms Poplau was the Superintendent and can testify to her receipt of correspondence from Kelly Poulton, any action that was taken by the District in response to the information provided by the Poultons, the policies and procedures in affect at the time and any subsequent measures that were taken by the District. |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | **Connie Nicholson**: Connie Nicholson was the High School Principal and can testify to the multiple conversations that and Kelly Poulton had with her and the correspondence sent by the Poultons regarding the verbal and physical assaults that were taking place, the requested relief, and the responses by the administration and staff. Ms Nicholson can also testify to the district's policies and procedures, the existence of such policies, and any procedures regarding any complaints made pursuant to the policy. |
| | | | | | **Pamela Tietz**: Ms Tietz can testify to the contents of her memorandum regarding the privacy issues in the nurse's office and any relevant subsequent remedial measures. |
| | | | | | **Arlene Pexa**: Ms Pexa can testify to the disclosure of private medical information that was made by Ms Pexa and the identity of the individual students who overheard the statement while in the nurse's office. |
| | | | | | **Katie Hennessy**: Katie Hennessy can testify that Kelly Poulton came to her immediately after the disclosure by Ms. Pexa was made and can testify to the contents of her conversations with Kelly Poulton as well as the correspondence that was sent by regarding Matthew Poulton's experiences in the education environment. Ms. Hennessy also attended meetings regarding Matthew and can testify to those meetings including the August 29 2000 meeting. |
| | | | | | **Don Carlson**: Mr Carlson is the interim Superintendent and custodian of records. Mr Carlson has been subpoenaed to appear and produce the Student and/or Parent Handbook for the New Prague High School for the school year 2000/01, as well as aver to the authenticity and foundation of any of the District's records. |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.