# M. P., *ET AL.* v. INDEPENDENT SCHOOL DISTRICT NO. 721, NEW PRAGUE, *ET AL.*
# CV 01-771

## PLAINTIFFS' PROPOSED JURY QUESTIONNAIRE

The plaintiffs respectfully request that the voir dire questions of the following nature be included in the questions asked by the Court.

**SECTION I:** Questions for written answers:

1. Name: ______________________________________

2. City/Town: ______________________________________

3. Do you have any vacations planned for September 2006?

   ____ Yes ____ No

4. Age:_____

5. Gender: ____ Female ____ Male

6. Occupation: ____________________

7. Level of Education: _____________________

8. Marital Status: __________________

9. Children? If so, please provide the following information for each child.

| SEX | AGE | DOES THE CHILD LIVE WITH YOU? | LEVEL OF EDUCATION | OCCUPATION |
|---|---|---|---|---|
| M/F | | Yes/No | | |
| M/F | | Yes/No | | |
| M/F | | Yes/No | | |
| M/F | | Yes/No | | |
| M/F | | Yes/No | | |

| | | | | |
|---|---|---|---|---|
| M/F | | Yes/No | | |
| M/F | | Yes/No | | |

10. Do you have any medical conditions that would make it difficult for you to serve as a juror? ____ Yes ____ No

If so, please explain: ______________________________________________

Are you taking any medication that would interfere with your duties as a juror? ____ Yes No ____

If yes, please explain: ______________________________________________

11. a. Have you or any member of your family or a close friend been diagnosed with a mental health disorder?

_____ Yes ____ No

b. Would you have any difficulty being able to find in favor of a person with a mental health disorder?

_____ Yes ____ No

12. Would you be able to find person with mental health disorder a credible witness?

_____ Yes ____ No

13. Are you or any member of your family or a close friend employed by a school district?

_____ Yes ____ No

If yes, please explain: ______________________________________________

________________________________________________________________

14. Do you believe that governmental agencies like school district are equal under the laws as are its citizens?

_____ Yes ____ No

15. Do you believe that governmental agencies such as school districts are equal under the law and as responsible as citizens to uphold the law?

_____ Yes ____ No

16. Do you believe that school districts officials and employees are equal under the law and as responsible as citizens to uphold the law?

_____ Yes ____ No

17. If the school district, through its employees, in this case is found liable under any of the legal claims, would you be able to find a school district liable for monetary damages?

_____ Yes ____ No

18. Would you have any reluctance rendering a monetary award, if the claims and facts warranted such an award?

_____ Yes ____ No

19. Please describe your special interests and hobbies.

______________________________________________________________

______________________________________________________________

20. a. Have you or any member of your family or a close friend ever filed a lawsuit?

_____ Yes ____ No

If yes, please describe generally who filed the lawsuit and what the suit was about.

______________________________________________________________

______________________________________________________________

b. Was there a trial in the case? _____ Yes ____ No

c. Was the case resolved to your satisfaction? _____ Yes ____ No

If the case was not resolved to your satisfaction, why do you think the result was bad?

______________________________________________________________

______________________________________________________________

21. a. Have you or any family member or a close friend ever had a lawsuit filed or threatened to be filed against you?

______ Yes _____ No

b. What did the case or cases involve? ______ Yes _____ No

_____________________________________________________________________

_________________________________________________________________

c. Did the case ever go to a full trial? ______ Yes _____ No

d. Was the case(s) resolved to your satisfaction? ______ Yes _____ No

If a case was not resolved to your satisfaction, why do you think the resolution was bad?

_____________________________________________________________________

_____________________________________________________________________

22. a. Have you ever served as a juror? (Check all that apply)

_____ No, never

_____ Yes, on a criminal case

_____ Yes, on a civil case

b. If you have served as a juror on one or more criminal cases, please list when you sat as a juror on each case, the nature of the case, how long the trial lasted, and its outcome. Please begin with your most recent juror experience.

| Date | Nature of Case | Length of Trial | Outcome of Case |
|---|---|---|---|
| _____ | _________________ | _______________________ | ___________________ |
| _____ | _________________ | _______________________ | ___________________ |

c. If you have served as a juror on one or more civil cases, please list when you sat as a juror on each case, the nature of the case, how long the trial lasted, and its outcome. Please begin with your most recent juror experience.

| Date | Nature of Case | Length of Trial | Outcome of Case |
| --- | --- | --- | --- |
| ____ | ________________ | ______________________ | __________________ |
| ____ | ________________ | ______________________ | __________________ |

23. a. Have you or any member of your family or any close friend ever been a witness in a lawsuit? _____ Yes ____ No

b. If so, please describe generally the circumstances: __________________

_________________________________________________________________

| Who | Nature of the case |
| --- | --- |
| ________________ | ________________________________________________ |
| ________________ | ________________________________________________ |

24. Please describe your primary source of news, i.e. newspaper, TV, radio, etc.

__________________________________________________________________

25. Do you, family members or close friends have any personal knowledge about the case?

__________________________________________________________________

26. Please describe what you know about this case, if anything:

________________________________________________________________

________________________________________________________________

27. Do you, family members or close friends know:

Attorney for Plaintiff: _____ Yes ____ No

Law Firm _____ Yes ____ No

Attorneys for Defendant: _____ Yes ____ No

Law Firm _____ Yes ____ No

28. Have any of you ever been represented by any of the law firms from which attorneys are present today?

_____ Yes ____ No

29. Have you been employed by any of the law firms from which attorneys are present today?

_____ Yes ____ No

30. Are you familiar with the defendant, New Prague Public Schools or any of its employees?

_____ Yes ____ No

31. Do you know the plaintiff, or his parents or siblings?

_____ Yes ____ No

32. Do you know any of the individuals listed by the parties as witnesses to be called in this case?

_____ Yes ____ No

If yes, please explain: ______________________________________________

______________________________________________________________

33. Do you know any former employees of the New Prague School District?

_____ Yes ____ No

If yes, please explain: ______________________________________________

______________________________________________________________

34. Do you know any former employees of the New Prague School District?

_____ Yes ____ No

If yes, please explain: ______________________________________________

______________________________________________________________

35. Are you a current or former employee of the New Prague School District?

_____ Yes ____ No

36. Are any of your family members or friends current or former employees of the New Prague School District?

_____ Yes ____ No

37. Is there any reason that you feel you could not be fair and impartial to all of the parties who are part of this case?

_____ Yes ____ No

If so, please explain: ____________________________________________

_____________________________________________________________

_____________________________________________________________