# UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

M.P., by and through his parents and natural guardians, D.P. and K.P.,

**DEFENDANT'S EXHIBIT LIST**

V.

Independent School District No. 721, New Prague

Case Number: 01-CV-0771 (JNE/JJG)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Joan N. Ericksen | Margaret O'Sullivan Kane | Marie C. Skinner |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| September 5, 2006 | | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| | 1 | | | | Section 504 Evaluation Summary and Education Plan, February 1999. |
| | 2 | | | | Notice of Educational Assessment/Reassessment, March 27, 1999 |
| | 3 | | | | Educational Evaluation, April 22, 1999 |
| | 4 | | | | Psychological Report, MRVSEC, May 21, 1999 |
| | 5 | | | | Assessment Summary Report, May 25, 1999 |
| | 6 | | | | Section 504 Evaluation Summary and Education Plan, May 1999 |
| | 7 | | | | Section 504 Evaluation Summary and Education Plan, New Prague High School, August 30, 1999 |
| | 8 | | | | STAT meeting minutes, September 8, 1999 |
| | 9 | | | | STAT meeting minutes, September 15, 1999 |
| | 10 | | | | STAT meeting minutes, September 22, 1999 |
| | 11 | | | | Memo to teachers from Katie Hennessey, January 10, 2000 |
| | 12 | | | | STAT meeting minutes, April 19, 2000 |
| | 13 | | | | Letter from Poultons to Connie Nicholson, April 27, 2000 |
| | 14 | | | | STAT meeting minutes, May 9, 2000 |
| | 15 | | | | STAT meeting minutes, May 18, 2000 |
| | 16 | | | | Letter from Dr. Hogan to Kelly Poulton, August 8, 2000 |
| | 17 | | | | Dr. Hogan's treatment notes and prescription record |
| | 18 | | | | Cannon Valley Mental Health Center records, December 1998-August 1999 |
| | 19 | | | | University Fairview treatment and prescription records |
| | 20 | | | | Faribault Corrections Facility health records |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | **The following may be used for purposes of impeachment:**<br>**a. Deposition of Kelly Poulton;**<br>**b. Deposition of Matthew Poulton;**<br>**c. Plaintiffs' Answers to Defendants' Interrogatories and Request for Production of Documents; and,**<br>**d. Written statements of Kelly Poulton and/or Matthew Poulton provided during discovery.** |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.