# UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

M.P., by and through his parents and natural guardians, D.P. and K.P.,

**DEFENDANT'S WITNESS LIST**

V.

Independent School District No. 721, New Prague

Case Number: 01-CV-0771 (JNE/JJG)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Joan N. Ericksen | Margaret O'Sullivan Kane | Marie C. Skinner |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| September 5, 2006 | | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF WITNESSES |
|---|---|---|---|---|---|
| | | | | | **Joe Bisek**, math teacher, New Prague High School. Mr. Bisek was Matthew's math teacher during the 1999-2000 school year. He will testify regarding discipline in the high school setting and how infractions were addressed. He will testify regarding Matthew's behavior in class and interactions with classmates. |
| | | | | | **Katie Hennessey**, school social worker, New Prague High School. Ms. Hennessey will testify regarding her role as case manager of Matthew's Section 504 plan. She will testify regarding her knowledge of any harassment of Matthew that was reported to the school and steps she took to address the allegations. She will testify regarding her involvement with Matthew's mother in discussing educational options for Matthew's 10th grade year. |
| | | | | | **Connie Nicholson**, former Principal, New Prague High School. Ms. Nicholson will testify regarding student discipline and procedures at New Prague High School. She will testify regarding her actions following receipt of a letter from Matthew's parent alleging that he was being verbally harassed at the high school. She will testify regarding her subsequent discussions with Matthew's parent and a meeting with the parent regarding educational options for Matthew's 10th grade year. She will testify regarding the open enrollment procedures. |
| | | | | | **Dan O'Brien**, former Dean of Students, New Prague High School. Mr. O'Brien will testify regarding Section 504 procedures and plans. He will testify regarding his role on Matthew's Section 504 team. He will testify regarding discipline at New Prague High School and his duties in addressing student behavior issues. He will testify regarding his knowledge of any harassment Matthew reportedly experienced at New Prague High School. Mr. O'Brien will testify regarding steps he took to address the harassment that was made known to him. |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | **Arlene Pexa**, former health paraprofessional, New Prague High School. If necessary, Ms. Pexa will testify regarding a conversation she had with Kelly Poulton on or about January 10, 2000 regarding the medications she was to administer to Matthew at school. |
| | | | | | **Frances Poplau**, former superintendent, New Prague Area Schools. Ms. Poplau will testify regarding school district policies and procedures for responding to discipline matters and harassment complaints. |
| | | | | | **Steve Schultz**, former student at New Prague High School and classmate of Matthew. Mr. Schultz will testify regarding Matthew's interactions with his classmates and the corrective action taken by the School District in response to alleged harassment of Matthew. |
| | | | | | **Dr. Lea Hogan**, Matthew's treating psychiatrist. Dr. Hogan will testify regarding her recommendation that Matthew attend a different school for his 10th grade year. She will testify regarding her observations and treatment of Matthew. |
| | | | | | **Mike Bohnsack**, former student at New Prague High School and classmate of Matthew. Mr. Bohnsack will testify regarding Matthew's interactions with his classmates and the corrective action taken by the School District in response to alleged harassment of Matthew. |
| | | | | | **Matt Pavek**, former student at New Prague High School and classmate of Matthew. Mr. Pavek will testify regarding Matthew's interactions with his classmates and the corrective action taken by the School District in response to alleged harassment of Matthew's interactions with his classmates and the corrective action taken by the School District in response to alleged harassment of Matthew. |
| | | | | | **Nancy Jones**, former teacher, New Prague High School. Ms. Jones was Matthew's science teacher during the 1999-2000 school year. She will testify regarding Matthew's interactions with his classmates and behaviors at school. She will testify regarding discipline at the high school and how infractions were addressed. |
| | | | | | **Dr. David E. Schalker**, psychiatrist. Dr. Schalker was Matthew's treating psychiatrist. He will testify regarding Matthew's diagnoses, treatment, and medications. |
| | | | | | **Dr. Tonya White**, psychiatrist. Dr. White will testify regarding Matthew's diagnosis, treatment, and medications. |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.



296085v1 CEL NE500-3