**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| M.P., by and through his parents<br>And natural guardians, D.P. and K.P.,<br><br>Plaintiff,<br><br>v.<br><br>Independent School District No. 721,<br>New Prague,<br><br>Defendant. | Civil File No. 01-771 (JNE/JEL)<br><br>**DEFENDANT'S NOTICE OF MOTIONS AND MOTIONS IN LIMINE** |

TO: Plaintiff and his attorney, Margaret O'Sullivan Kane, Kane Education Law, LLC, 1654 Grand Avenue, Suite 200, Saint Paul, MN 55105:

PLEASE TAKE NOTICE that Defendant will bring the following motions in limine on for hearing before the Honorable Joan N. Erickson, at the Minneapolis Federal Courthouse on Thursday, September 7, 2006, at 9:30 a.m., or as soon thereafter as counsel may be heard.

**MOTIONS**

Pursuant to Rule 104(a) of the Federal Rules of Civil Procedure and Local Rule 39.1(b), Defendant Independent School District No. 721, New Prague, hereby moves the Court for the following orders *in limine*:

1. Excluding the report of Lea Hogan, M.D., dated October 1, 2003, included within Plaintiff's Exhibit 33, and prohibiting Dr. Hogan from testifying concerning the subject matter thereof, on the grounds that it contains opinions which were not

disclosed to Defendant before the week of August 21, 2006, opinions that Dr. Hogan lacks foundation to offer, and opinions that will not assist the jury. Defendant brings this motion pursuant Rules 702 and 802 of the Federal Rules of Evidence, and Rule 37(c) of the Federal Rules of Civil Procedure. Alternatively, Defendant requests a continuance of the trial to afford an opportunity to retain its own testifying expert.

2. Pursuant to Rule 802 of the Federal Rules of Evidence, redacting the handwritten notes from Plaintiff's Exhibit 35, on the grounds that they are hearsay.

3. Pursuant to Rule 403 of the Federal Rules of Evidence, excluding Plaintiff's Exhibit 22, on the grounds that it is more unduly prejudicial than probative, and may lead to confusion. The basis for this objection is that the exhibit, a memorandum from the school nurse, concerns the disclosure of Plaintiff's medical information, which is not an issue for trial on remand.

4. Pursuant to Rule 403 and 802 of the Federal Rules of Evidence, redacting from Plaintiff's Exhibit 23, a February 8, 2003 letter from Dr. Lea Hogan, the first two sentences of the second paragraph on the grounds that the material is hearsay and not medically germane.

5. Pursuant to Rule 403 of the Federal Rules of Evidence, precluding Plaintiff or his counsel or witnesses from introducing evidence relating to, or otherwise mentioning or commenting upon, allegations that Plaintiff or his family suffered harassment or ostracism outside of New Prague High School, on the grounds that such evidence is more unduly prejudicial than probative, and may lead to

confusion. The basis for this objection is that it is the law of the case that Defendant is not liable for disclosing the fact of Plaintiff's medical condition, and the only issue remanded for trial is alleged harassment within the school and Defendant's response thereto.

These motions are based upon all the files, records, and proceedings herein, including Defendant's Trial Brief filed contemporaneously herewith.

Date: August _28, 2006

KENNEDY & GRAVEN, CHARTERED

By_/s/ Charles E. Long____________________

Marie C. Skinner (#165025)
Charles E. Long (#239604)
Peter G. Mikhail (#249907)
200 South Sixth Street, Suite 470
Minneapolis, MN 55402
Telephone: (612) 337-9300
*Attorneys for Defendant*