# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

M.P., by and through
his parents and natural guardians,
D.P. and K.P.,

Plaintiffs,

-vs._

Independent School District No. 721,
New Prague, Minnesota,

Defendant.

**LR 7.1(c) WORD COUNT COMPLIANCE CERTIFICATE REGARDING DEFENDANTS' MEMORANDUM IN SUPPORT OF MOTIONS IN LIMINE**

**Court File No: 01-771 (JNE/JGL)**

---

I, Charles E. Long, certify that Defendants' Memorandum in Support of Motions in Limine complies with Local Rule 7.1(c).

I further certify that, in preparation of this memorandum, I used Microsoft Word 2002 Version, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above referenced memorandum contains 876 words.

Date: August 28, 2006

/s/ Charles E. Long
Charles E. Long (239604)
470 U.S. Bank Plaza
200 South Sixth Street
Minneapolis, Minnesota 55402
Attorneys for Indep. School. Dist. No. 721
New Prague, Minnesota