UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

M.P., by and through his parents and natural guardians, D.P. and K.P.,

Plaintiffs,

vs.

Independent School District No. 721, New Prague,

Defendant.

Civil No.: 01-771 (JNE/JEL)

**DEFENDANT'S PROPOSED VOIR DIRE QUESTIONS**

---

Pursuant to Local Rule 39.1(b), Defendant submits the follow proposed voir dire questions:

1. Conflicts:

   a. Do you know any of the parties to the lawsuit?
   b. Do you know any of the lawyers or their firms?
   c. Do you know any of the following persons who may be called as witnesses in this case?
   d. Do you know, or are you related to, anyone else on the panel?

2. Background:

   a. What is your educational background?
   b. What is your occupation?
   c. How long have you held this position?
   d. What is your marital status?
   e. Is your spouse or partner employed?
   f. If so, what is his/her position and how long has he/she held that position?
   g. Do you have any children?

h. If so, what are their ages (and occupations)?

3. Have you served in the Armed Forces?

   a. If yes, what branch, job description, dates of serve, rank and discharge date?

4. Are you active in any civic or neighborhood organizations?

5. What are your favorite hobbies or spare-time activities?

6. What kind of TV shows or movies do you like to watch?

7. What is your most common source of news?

8. Have you, any family member, neighbor or close friend, ever been employed by the New Prague School District?

9. Have you, any family member, neighbor or close friend, ever been employed, elected, appointed or served as a volunteer in any public or private school system?

   a. If so, please describe who, when and what organization.

10. Have you or any family member as been a party (plaintiff or defendant) or a witness in a lawsuit?

    a. If so, please describe.

11. Have you or any family member ever made a claim for personal injuries?

    a. If so, please describe.

12. Have you ever made a complaint to a school about the way it treated you or children under your care?

    a. Was the matter resolved to your complete satisfaction?
    b. Would that experience prevent you from rendering a fair and impartial verdict for the school in this case?

13. Have you ever managed or supervised one or more persons in an employment setting?

14. Have you, any family member or close friend ever been treated differently by an employer because of a disability, race, national origin, gender, or religious beliefs?

    a. If so, please describe.

15. Have you ever been accused of treating someone differently because of that person's disability, race, national origin, gender, or religious beliefs?

    a. If so, please describe.

16. Have you ever participated in an investigation into a complaint of discrimination?

    a. If so, please describe.

17. Have you or any family member felt discriminated against in a public facility, school or social context because of disability, race, national origin, gender, or religious beliefs?

    a. If so, please describe.

18. Are you personally aware of a case where a person claimed discrimination but you didn't believe that discrimination had occurred?

    a. If so, please describe.

19. Do you have any familiarity with how teachers or school administrators are trained to provide education and services in the high school setting?

20. Do you have any familiarity with how high school teachers or administrators are trained to deal with incidents or complaints of students verbally or physically harassing other students?

21. This case involves the New Prague School District. Are you aware of any

media coverage of the District within in the last four (4) years?

a. If so, without getting into detail, what generally was the subject of the coverage.

22. Have you ever served on a jury?

a. If so, when?
b. Was it a civil or criminal case?
c. Did you deliberate and reach a verdict?
d. How did that experience affect your feeling about our legal system?

**Due to the sensitivity of the subject matter, Defendant respectfully requests that the jurors each be asked the following questions individually in chambers:**

23. Have you or any family member or close friend ever been diagnosed with a mental illness?

a. If so, please describe.

24. This case involves a claim of disability discrimination, and the disability is a mental illness. Do you believe you can listen to the evidence and the judge's instructions with an open mind and, if appropriate, find in favor of a mentally disabled plaintiff?

25. Do you believe you can listen to the evidence and the judge's instructions with an open mind and, if appropriate, find against a mentally disabled plaintiff?