**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| M.P., by and through his parents And natural guardians, D.P. and K.P.,<br><br>Plaintiff,<br><br>v.<br><br>Independent School District No. 721, New Prague,<br><br>Defendant. | Civil File No. 01-771 (JNE/JEL)<br><br>**ELECTRONIC CERTIFICATE OF SERVICE** |

I hereby certify that on August 28, 2006, I caused the following documents:

Defendant's Trial Brief;
Defendant's Witness List;
Defendant's Exhibit List;
Defendant's Proposed Jury Instructions;
Defendant's Voir Dire Questions; and
Defendant's Proposed Special Verdict Form

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Margaret O'Sullivan Kane

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

**NONE.**

/s/ Barbara Carroll
Barbara Carroll

Dated: August 28, 2006