**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| M.P., by and through his parents<br>And natural guardians, D.P. and K.P.,<br><br>Plaintiff,<br><br>v.<br><br>Independent School District No. 721,<br>New Prague,<br><br>Defendant. | Civil File No. 01-771 (JNE/JEL)<br><br>**ELECTRONIC CERTIFICATE OF SERVICE** |

I hereby certify that on August 28, 2006, I caused the following documents:

Defendant's Notice of Motions and Motions in Limine and
Defendant's Memorandum in Support of Motions in Limine

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Margaret O'Sullivan Kane

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

**NONE.**

/s/ Barbara Carroll_________________
Barbara Carroll

Dated: August 28, 2006