# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| M.P., | ) | COURT MINUTES - CIVIL |
| | ) | BEFORE:JEANNE J. GRAHAM |
| Plaintiff, | ) | U.S. MAGISTRATE JUDGE |
| | ) | |
| v. | ) | Case No: CIVIL 01-0771 (JNE/JJG) |
| | ) | Date: 9/6/06 |
| INDEPENDENT SCHOOL DISTRICT NO. | ) | Tape: N/A |
| 721, | ) | Time Commenced: 9:30 AM |
| | ) | Time Concluded: 12:30 PM |
| Defendant. | ) | Time in Court: 3 Hours & 0 Minutes |

Hearing on: **SETTLEMENT CONFERENCE**

APPEARANCES:

Plaintiff: Margaret Kane

Defendant: Marie Skinner

PROCEEDINGS:

☐ Settlement reached. Terms stated on the record.

☒ No settlement reached.

s/M. Lenner
Judicial Asst.