# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## CIVIL JURY TRIAL

M.P., et al,
Plaintiff,
v.

School District No. 721,
Defendant.

**COURT MINUTES**
Case Number: 01cv771 (JNE/JJG)

| | |
|---|---|
| Date: | September 12, 2006 |
| Court Reporter: | Maria Weinbeck |
| Time Commenced: | 8:30 a.m. |
| Time Concluded: | 2:30 p.m. |
| Time in Court: | 5 Hours & 35 Minutes |

Trial before Joan N. Ericksen, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:

For Plaintiff: Margaret O'Sullivan Kane
For Defendant: Marie C. Skinner/Peter Michael

PROCEEDINGS:

**PRETRIAL CONFERENCE**
9 **Jury Selection.**
: **JURY Trial - Began**.
9 **JURY Trial - Ended**
9 Jury impaneled (File list of jurors).
: Opening statements
9 **JURY Trial Held.**
9 Trial continued to .
: Plaintiff's witnesses: Kelly Poulton, Geoffrey Johnson, Dwight Poulton, Matthew Poulton, Dr. Lea Hogan, Frances Poplau
9 Defendant's witnesses:
9 Plaintiff rests. 9 Defendant rests.
9 Closing arguments.
9 Jury received case at.
9 Jury resumed deliberations on.
9 Jury returned at without verdict. IT IS ORDERED: to separate and to return and resume deliberations on.

9 Verdict Rec'd at for:
- 9 Plaintiff
- 9 Defendant

9 Court's Ruling:
- 9 Judgment in favor of Plaintiff.
- 9 Judgment in favor of Defendant.

IT IS ORDERED:

- 9 Oral motion to dismiss for judgment as a matter of law.
- 9 Clerk to file Verdict and enter Judgment.
- 9 Clerk to file Verdict, but withhold entry of Judgment until further order.
- 9 Clerk to file Order.
- 9 Clerk to file Order and enter Judgment.
- 9 Clerk to enter Judgment.
- 9 Written order forthcoming.
- 9 Case submitted.

CLERK'S USE ONLY:

- 9 Number of trial days with evidence - .
- 9 Exhibits returned to counsel or parties.

s/Sheri L. Frette
Signature of Calendar Clerk