# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## CIVIL JURY TRIAL

M.P., et al,

Plaintiff,

v.

School District No. 721,

Defendant.

**COURT MINUTES**

Case Number: 01cv771 (JNE/JJG)

| | |
|---|---|
| Date: | September 14, 2006 |
| Court Reporter: | Maria Weinbeck |
| Time Commenced: | 9:30 a.m. |
| Time Concluded: | 2:55 p.m. |
| Time in Court: | 3 Hours & 55 Minutes |

Trial before Joan N. Ericksen, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:

For Plaintiff: Margaret O'Sullivan Kane
For Defendant: Marie C. Skinner/Peter Mikhail

PROCEEDINGS:

9 **Jury Selection.**
9 **JURY Trial - Began**.
9 **JURY Trial - Ended**
9 Jury impaneled (File list of jurors).
9 Opening statements
: **JURY Trial Held.**
9 Trial continued to .
: Plaintiff's witnesses: Kelly Poulton (in rebuttal)
: Defendant's witnesses: Dr. Tonya White, Catherine Hennessy
: Plaintiff rests. : Defendant rests.
Charge conference.
: Closing arguments.
: Jury received case at 2:45 p.m..
9 Jury resumed deliberations on.
9 Jury returned at without verdict. IT IS ORDERED: to separate and to return and resume deliberations on.

9 Verdict Rec'd at for:
9 Plaintiff
9 Defendant

9 Court's Ruling:
9 Judgment in favor of Plaintiff.
9 Judgment in favor of Defendant.

IT IS ORDERED:

- 9 Oral motion to dismiss for judgment as a matter of law.
- 9 Clerk to file Verdict and enter Judgment.
- 9 Clerk to file Verdict, but withhold entry of Judgment until further order.
- 9 Clerk to file Order.
- 9 Clerk to file Order and enter Judgment.
- 9 Clerk to enter Judgment.
- 9 Written order forthcoming.
- 9 Case submitted.

CLERK'S USE ONLY:

- 9 Number of trial days with evidence - .
- 9 Exhibits returned to counsel or parties.

s/Sheri L. Frette
Signature of Calendar Clerk