# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## CIVIL JURY TRIAL

M.P., et al,
Plaintiff,
v.

School District No. 721,
Defendant.

**COURT MINUTES**
Case Number: 01cv771 (JNE/JJG)

Date: September 15, 2006
Court Reporter: Maria Weinbeck
Time Commenced: 1:55 p.m.
Time Concluded: 2:05 p.m.
Time in Court: 10 Minutes

Trial before Joan N. Ericksen, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:

For Plaintiff: Margaret O'Sullivan Kane
For Defendant: Marie C. Skinner

PROCEEDINGS:

9 **Jury Selection.**
9 **JURY Trial - Began**.
9 **JURY Trial - Ended**
9 Jury impaneled (File list of jurors).
9 Opening statements
9 **JURY Trial Held.**
9 Trial continued to .
9 Plaintiff's witnesses:
9 Defendant's witnesses:
9 Plaintiff rests. 9 Defendant rests.
9 Closing arguments.
9 Jury received case at.
: Jury resumed deliberations at 8:40 a.m..
9 Jury returned at without verdict. IT IS ORDERED: to separate and to return and resume deliberations on.

: Verdict Rec'd at 1:55 p.m. for plaintiff:
 : Plaintiff
 9 Defendant

9 Court's Ruling:
 9 Judgment in favor of Plaintiff.
 9 Judgment in favor of Defendant.

IT IS ORDERED:

9 Oral motion to dismiss for judgment as a matter of law.
: Clerk to file Verdict and enter Judgment.
9 Clerk to file Verdict, but withhold entry of Judgment until further order.
9 Clerk to file Order.
9 Clerk to file Order and enter Judgment.
9 Clerk to enter Judgment.
9 Written order forthcoming.
9 Case submitted.

CLERK'S USE ONLY:

9 Number of trial days with evidence - .
: Exhibits to be returned to counsel or parties.

s/Sheri L. Frette
Signature of Calendar Clerk