**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Matthew Poulton, 01cv771 (JNE/JJG)

Plaintiff,

v. **SPECIAL VERDICT**

Independent School District No. 721,
New Prague,

Defendant.

---

1. Did Matthew Poulton's medical diagnosis of schizophrenia become known to the student body as a result of action or inaction by one or more employees of the School District?

   Yes_X_ or No____

   If Yes:

2. Did the disclosure result in student-on-student harassment of Matthew Poulton?

   Yes_X_ or No____

   If Yes:

3. Was the harassment so severe, pervasive or objectively offensive that it deprived Matthew Poulton of access to the educational opportunities provided by the New Prague School District?

   Yes_X_ or No____

   If Yes:

4. Did the School District have actual knowledge of the harassment?

   Yes_X_ or No____

   If Yes:

5. Did the School District use either bad faith or gross misjudgment in responding to the harassment?

   Yes_X_ or No____

Only if your answer to all of the above questions is "Yes" should you proceed to the following questions:

6. a. What amount of money will compensate Matthew Poulton for pain and suffering arising from the denial of his educational program?

$ 47,375.00

b. What amount of money will compensate Kelly Poulton for out-of-pocket losses due to the denial?

$ 37,300.00

DATED: September 15, 2006.

Heidi S. Tindall
FOREPERSON