AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Matthew Poulton,

V.

Independent School District No. 721, New Prague,

## JUDGMENT IN A CIVIL CASE

Case Number: 01-771 JNE/JJG

[X] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
Judgment in Favor of Plaintiff Matthew Poulton in the amount of $47,375.00 and Plaintiff Kelly Poulton in the amount of $37,300.00 and against defendant.

September 21, 2006
Date

RICHARD D. SLETTEN, CLERK

s/Rena L. Riemer
(By) Rena Lexvold Riemer, Deputy Clerk

__s/Joan N. Ericksen____________________
Joan N. Ericksen
United States District Judge