**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Civil File No. 01-771 (JNE/JEL)

M.P., by and through his parents
And natural guardians, D.P. and K.P.,

Plaintiff,

v.

Independent School District No. 721,
New Prague,

Defendant.

**DEFENDANT'S NOTICE OF MOTION AND RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW**

---

To: Plaintiff and his attorney, Margaret O'Sullivan Kane, Kane Education Law, LLC, 1654 Grand Avenue, Suite 200, Saint Paul, MN 55105:

PLEASE TAKE NOTICE that Defendant Independent School District No. 721, New Prague, brings the following motion. Unless the Court orders a hearing, the matter will be decided upon the written submissions.

**MOTION**

Pursuant to Rule 50 of the Federal Rules of Evidence, Defendant hereby renews its Motion for Judgment as a Matter of Law on the grounds that there was no legally sufficient evidentiary basis for the jury to find that Defendant had acted in bad faith or with gross misjudgment. This motion is based upon on the evidence adduced at trial, taken in the light most favorable to the verdict, and the memorandum of law filed herewith.

Date: September _25_, 2006

KENNEDY & GRAVEN, CHARTERED

By_____/s/ Peter G. Mikhail__________

Marie C. Skinner (#165025)
Charles E. Long (#239604)
Peter G. Mikhail (#249907)
200 South Sixth Street, Suite 470
Minneapolis, MN 55402
Telephone: (612) 337-9300
*Attorneys for Defendant*