**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Civil File No. 01-771 (JNE/JEL)

Matthew Poulton,

Plaintiff,

v.

**CERTIFICATE OF SERVICE**

Independent School District No. 721,
New Prague,

Defendant.

---

I hereby certify that on September 25, 2006, I caused the following document:

1. Defendant's Notice of Motion and Renewed Motion for Judgment as a Matter of Law; and
2. Memorandum in Support of Defendant's Renewed Motion for Judgment as a Matter of Law.

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:
mkane@kaneeducationlaw.com;

sbuck@kaneeducationlaw.com
clong@kennedy-graven.com
bcarroll@kennedy-graven.com
mskinner@kennedy-graven.com
pmikhail@kennedy-graven.com
dlorentzen@kennedy-graven.com

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participant:

Date: September 25, 2006

KENNEDY & GRAVEN, CHARTERED

By /s/ Peter G. Mikhail

Marie C. Skinner (#165025)
Charles E. Long (#239604)
Peter G. Mikhail (#249907)
200 South Sixth Street, Suite 470
Minneapolis, MN 55402
Telephone: (612) 337-9300
*Attorneys for Defendant*