**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Civil File No. 01-771 (JNE/JEL)

Matthew Poulton,

Plaintiff,

v.

**CERTIFICATE OF SERVICE**

Independent School District No. 721,
New Prague,

Defendant.

---

I hereby certify that on September 26, 2006, I caused the following document:

1. Order Granting Judgment as a Matter of Law

to be sent to the Honorable Joan N. Ericksen via electronic mail @ joanericksen_chambers@mnd.uscourts.gov and copied by electronic mail to the following party:

mkane@kaneeducationlaw.com

Date: September 26, 2006

KENNEDY & GRAVEN, CHARTERED

By /s/ Peter G. Mikhail
Marie C. Skinner (#165025)
Charles E. Long (#239604)
Peter G. Mikhail (#249907)
200 South Sixth Street, Suite 470
Minneapolis, MN 55402
Telephone: (612) 337-9300
*Attorneys for Defendant*