**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Civil File No. 01-771 (JNE/JEL)

M.P., by and through his parents
And natural guardians, D.P. and K.P.,

Plaintiff,

v.

Independent School District No. 721,
New Prague,

Defendant.

**DEFENDANT'S NOTICE OF MOTION AND MOTION FOR STAY**

---

To: Plaintiff and his attorney, Margaret O'Sullivan Kane, Kane Education Law, LLC, 1654 Grand Avenue, Suite 200, Saint Paul, MN 55105:

PLEASE TAKE NOTICE that Defendant Independent School District No. 721, New Prague, brings the following motion. Unless the Court orders a hearing, the matter will be decided upon the written submissions.

**MOTION**

Defendant moves the Court for the following order:

1. Pursuant to Rule 62(b) of the Federal Rules of Civil Procedure, staying the execution of, or any proceedings to enforce, the judgment pending the Court's resolution of Defendant's renewed motion for judgment as a matter of law, to wit: staying execution until either (a) the motion for judgment as a matter of law is granted; or (b) the time to file a notice of appeal from a denial of the motion has run.

2. Alternatively, pursuant to Rule 67 of the Federal Rules of Civil Procedure, granting Defendant leave to deposit the award with the Court until the time to file a notice of appeal has run.

This motion is based upon on all the files, records and proceedings herein.

Date: September _29_, 2006

KENNEDY & GRAVEN, CHARTERED

By_____/s/ Peter G. Mikhail___________

Marie C. Skinner (#165025)
Charles E. Long (#239604)
Peter G. Mikhail (#249907)
200 South Sixth Street, Suite 470
Minneapolis, MN 55402
Telephone: (612) 337-9300
*Attorneys for Defendant*