**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Civil File No. 01-771 (JNE/JEL)

M.P., by and through his parents
And natural guardians, D.P. and K.P.,

Plaintiff,

v.

Independent School District No. 721,
New Prague,

Defendant.

**AFFIDAVIT OF PETER G. MIKHAIL**

---

State of Minnesota )
) ss:
County of Hennepin )

Peter G. Mikhail, being first duly sworn upon oath, states:

1. I am one of the attorneys representing Defendant Independent School District No. 721, New Prague, and make this affidavit in support of Defendant's motion of a stay of execution upon the judgment.

2. I spoke with Plaintiff's attorney, Margaret O'Sullivan Kane, and requested that Plaintiff stipulate to a stay of execution on the judgment pending this Court's resolution of the motion for judgment as a matter of law. Ms. Kane declined to agree, and requested that payment be made immediately.

3. I am informed and do believe that Defendant has proceeds available for payment of the September 21, 2006 judgment on the jury's verdict.

Further your affiant sayeth naught.

Dated: September 29, 2006

/s/ Peter G. Mikhail
Peter G. Mikhail

Subscribed and sworn to before me
this 29th day of September, 2006.

/s/ Michelle Hyatt
Notary Public