**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

M. P., by and through
his parents and natural guardians,
K. P. and D. P.,

Plaintiffs,

-vs-

Independent School District No. 721,
New Prague, New Prague Board
of Education, Arlene Pexa, school nurse,
in her personal and representative capacity,

Defendants.

Civil File No. 01-711 (JNE/JJG)

**PLAINTIFFS' CERTIFICATE OF COMPLIANCE**

Pursuant to L.R. 7.1(e), the counsel in the above-captioned proceeding, Margaret O'Sullivan Kane, certifies that the Plaintiffs' Response in Opposition to Defendant's Motions contains 1,484 words and 156 lines in compliance with the type-volume limitations set forth in LR 7.1(e).

The word processing software used to prepare the Plaintiffs' Response in Opposition to Defendant's Motions is Microsoft Word and the document has been scanned through NortonVirus.

Subscribed and sworn to before me
This 9th day of October
2006.

______________________________
Notary Public

/s/ Margaret O'Sullivan Kane
Margaret O'Sullivan Kane
ID # 220243