**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

M. P., by and through
his parents and natural guardians,
K. P. and D. P.,

Plaintiffs,

-vs-

Independent School District No. 721,
New Prague, New Prague Board
of Education,

Defendant.

Civil File No. 01-711 (JNE/JJG)

**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR AN AWARD AND APPROVAL OF FEES AND EXPENSES PURSUANT TO 29 U.S.C. § 794a(b)**

To: The above-named Defendant, by and through legal counsel, Marie C. Skinner, Charles E. Long, and Peter G. Mikhail of Kennedy & Graven, 200 South Sixth Street, Suite 470, Minneapolis, Minnesota 55402.

**PLEASE TAKE NOTICE** that the Plaintiffs bring the following Motion and Application for Fees, Costs and Disbursements on the written pleadings, unless the Court requests or orders otherwise:

Plaintiffs move the Court as follows:

1. Pursuant to 29 U.S.C. § 794a(b), an award of Attorneys' Fees, Costs and Disbursements to the Plaintiffs as prevailing party and against the Defendant in the amount of $306,646.98 representing the lodestar amount for the current hourly rate of $250.00/hr for all billable hours presented by the Plaintiffs for the pursuit and defense of the underlying claims and resulting jury verdict;
2. An award of Attorneys' Fees in the amount of $3,937.50 representing 15.75 hours at $250.00/hr for defending the Defendant's Motion for Judgment NOV and the Application for Fees, Costs and Disbursements; and
3. For any other relief the Court deems just and equitable.

Respectfully submitted,

**KANE EDUCATION LAW, LLC.**

Dated: 13 November 2006

By: /s/ Margaret O'Sullivan Kane

Margaret O'Sullivan Kane/ID #220243
Attorney for Plaintiffs
1654 Grand Avenue
Suite 200
Saint Paul, Minnesota 55104
651/222-8611