# Invoice

**_Center for Education Law, Ltd._**
1654 Grand Avenue
Suite 200
Saint Paul, MN 55105
651 222 8611

| DATE | INVOICE # |
|---|---|
| 8/30/2003 | 1026 |

| BILL TO |
|---|
| Dwight and Kelly Poulton<br>Route 4, Box 308<br>New Prague, Minnesota 56071 |

**WE ACCEPT VISA & MASTERCARD**

**Please call (651) 222-8611 Ex. 10 to make arrangements to pay your bill by credit card.**

| TERMS | DUE DATE |
|---|---|
| | 8/30/2003 |

| DATE | ATTY | DESCRIPTION | HRS | AMOUNT |
|---|---|---|---|---|
| 9/6/2000 | MOKane | Initial client conf. | 1.5 | 300.00 |
| 9/24/2000 | MOKane | Read records provided by Parents. | 4 | 800.00 |
| 9/26/2000 | MOKane | Client Conf./Issues with harassment and IDEA. | 1.5 | 300.00 |
| 10/12/2000 | MOK | Draft Initial corresp. | 1 | 200.00 |
| 11/25/2000 | MOKane | Write Initial Complaint for clt. review. | 5.75 | 1,150.00 |
| 11/26/2000 | MOKane | Telephone conf./Changes to initial complaint. | 0.75 | 150.00 |
| 11/27/2000 | MOK | Draft corresp./ISD/Notice of claims | 2.5 | 500.00 |
| 11/27/2000 | MOKane | Write Initial Complaint for IHO hearing. | 2.75 | 550.00 |
| 11/28/2000 | MOKane | Write final version of initial complaint with requested changes from parents. | 2.75 | 550.00 |
| 11/30/2000 | MOKane | Read corresp./Opp./Notice of representation. | 0.25 | 50.00 |
| 12/1/2000 | MOKane | Read corresp./Opp./Request for Hearing. | 0.25 | 50.00 |
| 12/4/2000 | MOKane | Read corresp./Opp./Request for appt. of IHO. | 0.25 | 50.00 |
| 12/5/2000 | MOKane | Read corresp./MDCFL/Appoint of IHO | 0.25 | 50.00 |
| 12/5/2000 | MOKane | Telephone conf./Clt./Status of appointment and hearing. | 0.5 | 100.00 |
| 12/5/2000 | MOKane | Read corresp./Opp./Response to request for hearing. | 0.75 | 150.00 |
| 12/7/2000 | MOKane | Read corresp./Opp./Pre-emptive strike of IHO. | 0.25 | 50.00 |
| 12/8/2000 | MOKane | Read corresp./MDCFL/Appointment of IHO. | 0.25 | 50.00 |
| 12/12/2000 | MOKane | Read Student's records provided from District. | 6.5 | 1,300.00 |
| 12/13/2000 | MOKane | Read corresp./Opp./Confirmation of pre-hearing conf. | 0.25 | 50.00 |
| 12/13/2000 | MOKane | Telephone conf./Opp./Pre-hearing conference and records. | 0.25 | 50.00 |
| 12/15/2000 | MOKane | Attend and participate in pre-hearing conf. | 1 | 200.00 |
| 12/15/2000 | MOKane | Write Amended Complaint and Request for Hearing. | 5.75 | 1,150.00 |
| 12/17/2000 | MOKane | Telephone conf./Clt./Review Amended Complaint. | 0.5 | 100.00 |
| 12/18/2000 | MOKane | Write Amended Complaint and submit to Opp./IHO | 4 | 800.00 |

**Total**

# Invoice

*Center for Education Law, Ltd.*
1654 Grand Avenue
Suite 200
Saint Paul, MN 55105
651 222 8611

| DATE | INVOICE # |
|---|---|
| 8/30/2003 | 1026 |

| BILL TO |
|---|
| Dwight and Kelly Poulton<br>Route 4, Box 308<br>New Prague, Minnesota 56071 |

**WE ACCEPT VISA & MASTERCARD**

**Please call (651) 222-8611 Ex. 10 to make arrangements to pay your bill by credit card.**

| TERMS | DUE DATE |
|---|---|
| | 8/30/2003 |

| DATE | ATTY | DESCRIPTION | HRS | AMOUNT |
|---|---|---|---|---|
| 12/18/2000 | MOK | Telephone conft./Clt./Amended Complaint and hearing schedule | 1.75 | 350.00 |
| 12/21/2000 | MOKane | Read pre-hearing order from IHO | 0.5 | 100.00 |
| 12/21/2000 | MOKane | Read Motion to Dismiss from Opp/District. | 2 | 400.00 |
| 12/21/2000 | MOKane | Read Dist. response to Amended Complaint. | 0.75 | 150.00 |
| 12/27/2000 | MOKane | Outline response to District's Motion to Dismiss. | 4.75 | 950.00 |
| 12/27/2000 | MOKane | Research cases across states re: jurisdiction and mootness | 6.5 | 1,300.00 |
| 12/29/2000 | MOKane | Corresp./IHO/Request for continuance. | 0.25 | 50.00 |
| 1/1/2001 | MOK | Draft initial response to motion to dismiss | 4.75 | 950.00 |
| 1/1/2001 | MOK | Research jurisdiction/public school placement and harm | 3.75 | 750.00 |
| 1/2/2001 | MOK | Draft response to Motion of Dismiss | 7 | 1,400.00 |
| 1/2/2001 | MOK | Research issues of physical harm in educational setting | 0.75 | 150.00 |
| 1/8/2001 | MOKane | Read corresp./IHO/Extension of time lines. | 0.25 | 50.00 |
| 1/11/2001 | MOKane | Read corresp./Opp./Settlement & Rule 28 Offer. | 0.25 | 50.00 |
| 1/12/2001 | MOKane | Read Order for Dismissal from IHO. | 0.75 | 150.00 |
| 2/7/2001 | MOKane | Read corresp./MDCFL/Appointment of HRO. | 0.25 | 50.00 |
| 2/7/2001 | MOKane | Corresp./MDCFL/Issues for appeal. | 0.5 | 100.00 |
| 2/8/2001 | MOKane | Read corresp./Opp./Proposed briefing schedule for appeal. | 0.25 | 50.00 |
| 2/13/2001 | MOKane | Read corresp./HRO/briefing schedule for appeal. | 0.25 | 50.00 |
| 2/16/2001 | MOK | Outline brief on appeal. | 4.75 | 950.00 |
| 2/16/2001 | MOKane | Research exhaustion and impact on add. claims. | 3 | 600.00 |
| 2/17/2001 | MOKane | Write Appeal Brief. | 6.5 | 1,300.00 |
| 2/17/2001 | MOKane | Telephone conf./Clt./Appeal of issues and next stepts. | 0.5 | 100.00 |
| 2/19/2001 | MOKane | Research mootness pursuant to Smith and Thompson. | 4.75 | 950.00 |
| | | | **Total** | |

# Invoice

***Center for Education Law, Ltd.***
1654 Grand Avenue
Suite 200
Saint Paul, MN 55105
651 222 8611

| DATE | INVOICE # |
|---|---|
| 8/30/2003 | 1026 |

| BILL TO |
|---|
| Dwight and Kelly Poulton<br>Route 4, Box 308<br>New Prague, Minnesota 56071 |

**WE ACCEPT VISA & MASTERCARD**

**Please call (651) 222-8611 Ex. 10 to make arrangements to pay your bill by credit card.**

| TERMS | DUE DATE |
|---|---|
| | 8/30/2003 |

| DATE | ATTY | DESCRIPTION | HRS | AMOUNT |
|---|---|---|---|---|
| 2/19/2001 | MOKane | Write Appeal brief. | 4.5 | 900.00 |
| 2/21/2001 | MOKane | Write appeal brief. | 6.75 | 1,350.00 |
| 2/22/2001 | MOKane | Write appeal brief. | 6 | 1,200.00 |
| 3/1/2001 | MOKane | Read District's Appeal Brief. | 2 | 400.00 |
| 3/9/2001 | MOKane | Read Decision and check citations from Order. | 1 | 200.00 |
| 3/9/2001 | MOKane | Client conf./Decision on appeal and appeal to US Dist. Crt. | 1 | 200.00 |
| 4/9/2001 | MOKane | Write Complaint and Appeal of Administrative Decision. | 6 | 1,200.00 |
| 4/9/2001 | MOK | Research claims for MGDPA and FERPA | 2.5 | 500.00 |
| 4/10/2001 | MOKane | Write Complaint and Appeal of Administrative Decision. | 7.5 | 1,500.00 |
| 4/11/2001 | MOKane | Write Complaint and Appeal of Administrative Decision. | 5 | 1,000.00 |
| 4/12/2001 | MOK | Telephone conf./Clt./Status of complaint and claims | 0.5 | 100.00 |
| 4/20/2001 | MOKane | Corresp./Crt/File Affidavit of Service. | 0.25 | 50.00 |
| 5/1/2001 | MOKane | Read corresp./Opp./Notice of Removal to Fed. Crt. | 0.25 | 50.00 |
| 5/9/2001 | MOKane | Read Answer to Complaint. | 0.75 | 150.00 |
| 5/25/2001 | MOKane | Telephone conf./Clt./Status of case, additional information, and removal to federal court. | 0.75 | 150.00 |
| 6/14/2001 | MOKane | Corresp./Crt/Filing Fee ($105.00) and Notice of Appeal. | 0.25 | 50.00 |
| 6/14/2001 | MOK | Rule 26(f) conf. w/Opp. | 0.5 | 100.00 |
| 6/17/2001 | MOKane | Draft fact portion of Rule 26(f) report. | 1 | 200.00 |
| 6/20/2001 | MOKane | Complete and send the Rule 26(f) report. | 0.5 | 100.00 |
| 6/20/2001 | MOK | Draft Settlement position | 0.5 | 100.00 |
| 6/22/2001 | MOK | Prepare Rule 26 Conf. | 0.25 | 50.00 |
| 6/22/2001 | MOK | Attend Rule 26 Conf. at Fed. Court | 1 | 200.00 |
| 6/25/2001 | MOKane | Read corresp./Crt/Pre-trial order. | 0.25 | 50.00 |
| 6/27/2001 | MOKane | Corresp./Clt./Schedule for trial at District Crt. | 0.25 | 50.00 |

**Total**

# Invoice

*Center for Education Law, Ltd.*
1654 Grand Avenue
Suite 200
Saint Paul, MN 55105
651 222 8611

| DATE | INVOICE # |
|---|---|
| 8/30/2003 | 1026 |

| BILL TO |
|---|
| Dwight and Kelly Poulton<br>Route 4, Box 308<br>New Prague, Minnesota 56071 |

**WE ACCEPT VISA & MASTERCARD**

**Please call (651) 222-8611 Ex. 10 to make arrangements to pay your bill by credit card.**

| TERMS | DUE DATE |
|---|---|
| | 8/30/2003 |

| DATE | ATTY | DESCRIPTION | HRS | AMOUNT |
|---|---|---|---|---|
| 7/9/2001 | MOK | Read and Organize file documents | 1.5 | 300.00 |
| 7/9/2001 | MOKane | Write Rule 26(a) disclosures. | 4.75 | 950.00 |
| 7/9/2001 | MOKane | Telephone conf./Clt./Witnesses and knowledge of each witness for Rule 26(a) disclosures. | 0.75 | 150.00 |
| 7/9/2001 | MOK | Telephone conference with client re: Rule 26(a)1) disclosures. | | 200.00 |
| 7/9/2001 | MOKane | Corresp./Fountain/Release of records and request for CV and expert report. | 0.5 | 100.00 |
| 7/25/2001 | MOKane | Client conf./Expert opinion and basis for damages. | 1 | 200.00 |
| 7/30/2001 | MOKane | Corresp./Hogan/Release of information and expert report for damages. | 0.5 | 100.00 |
| 7/30/2001 | MOKane | Client conf./Discussion of witnesses and facts seen and heard. | 2 | 400.00 |
| 8/9/2001 | MOKane | Read records from Dr. Hogan. | 1.75 | 350.00 |
| 8/29/2001 | MOKane | Telephone call to Dr. Hogan - msg. | 0.25 | 50.00 |
| 9/17/2001 | MOKane | Telephone conf/Hogan/Expert report and basis for damages. | 0.75 | 150.00 |
| 9/17/2001 | MOKane | Corresp./Hogan/Expert status and confirmation of conference. | 0.25 | 50.00 |
| 9/17/2001 | MOKane | Read corresp./Opp./Demand for Medical Releases. | 0.25 | 50.00 |
| 9/17/2001 | MOKane | Telephone conf./Clt./Status of Hogan's report and agreement to proceed as expert. | 0.5 | 100.00 |
| 9/24/2001 | MOKane | Read Interrogatories and Request for Production of Documents from Defendant ISD. | 0.75 | 150.00 |
| 10/3/2001 | MOK | Draft Interogs amd Request for Production of Documents | 2 | 400.00 |
| 10/3/2001 | MOKane | Write Answers to Interrogatories and Request for Prod/Documents. | 7.5 | 1,500.00 |
| 10/4/2001 | MOKane | Client conf./Discovery and status of claims. | 1 | 200.00 |
| 10/4/2001 | MOKane | Organize documents for requested production. | 5.75 | 1,150.00 |

**Total**

# Invoice

***Center for Education Law, Ltd.***
1654 Grand Avenue
Suite 200
Saint Paul, MN 55105
651 222 8611

| DATE | INVOICE # |
|---|---|
| 8/30/2003 | 1026 |

| BILL TO |
|---|
| Dwight and Kelly Poulton<br>Route 4, Box 308<br>New Prague, Minnesota 56071 |

**WE ACCEPT VISA & MASTERCARD**

**Please call (651) 222-8611 Ex. 10 to make arrangements to pay your bill by credit card.**

| TERMS | DUE DATE |
|---|---|
| | 8/30/2003 |

| DATE | ATTY | DESCRIPTION | HRS | AMOUNT |
|---|---|---|---|---|
| 10/4/2001 | MOKane | Telephone conf./Clt./Answers to Interrogatories. | 2.5 | 500.00 |
| 10/4/2001 | MOKane | Write Answers to Interrogatories. | 4 | 800.00 |
| 10/5/2001 | MOKane | Write Answers to Interrogatories and Request for Production of Documents. | 7 | 1,400.00 |
| 10/7/2001 | MOKane | Read corresp./Opp./Releases for additional information. | 0.25 | 50.00 |
| 10/8/2001 | MOKane | Corresp./Northfield/Release of information for ed. records. | 0.25 | 50.00 |
| 10/8/2001 | MOKane | Send Answers to Interrogatories for Client to Review. | 0.25 | 50.00 |
| 10/8/2001 | MOKane | Corresp./Clt./Release of information from Defendant ISD. | 0.25 | 50.00 |
| 10/9/2001 | MOKane | Make changes to Answers and send to Defendant ISD. | 4 | 800.00 |
| 10/10/2001 | MOKane | Corresp./Opp./Status of agreement for protective order. | 0.25 | 50.00 |
| 10/15/2001 | MOKane | Write Interrogatories and Requests for Production of Documents to ISD. | 6.5 | 1,300.00 |
| 10/16/2001 | MOKane | Write Interrogatories and Request for Production for Documents for Def. ISD. | 5.5 | 1,100.00 |
| 10/16/2001 | MOKane | Write and send out Interrogs/Requests/Admissions. | 6.5 | 1,300.00 |
| 10/19/2001 | MOKane | Client conf./prepare for deposition. | 1.5 | 300.00 |
| 10/20/2001 | MOKane | Attend and participate in deposition for K.P. | 3.5 | 700.00 |
| 10/20/2001 | MOKane | Attend and participate in deposition of K.P. | 3.5 | 700.00 |
| 10/30/2001 | MOKane | Read corresp./Opp./Discovery and protective order. | 0.25 | 50.00 |
| 11/2/2001 | MOKane | Write Answers to Interrogatories and Request for Production of Documents. | 5 | 1,000.00 |
| 11/2/2001 | MOK | Conference / Clt / Answers to interoggatories and specific information about offenders | 0.5 | 100.00 |
| 11/6/2001 | MOK | Telephone conf./Dorene Braith/Events seen by TB. | 1.5 | 300.00 |

**Total**