# Invoice

*Center for Education Law, Ltd.*
1654 Grand Avenue
Suite 200
Saint Paul, MN 55105
651 222 8611

| DATE | INVOICE # |
|---|---|
| 8/30/2003 | 1026 |

| BILL TO |
|---|
| Dwight and Kelly Poulton<br>Route 4, Box 308<br>New Prague, Minnesota 56071 |

**WE ACCEPT VISA & MASTERCARD**

**Please call (651) 222-8611 Ex. 10 to make arrangements to pay your bill by credit card.**

| TERMS | DUE DATE |
|---|---|
| | 8/30/2003 |

| DATE | ATTY | DESCRIPTION | HRS | AMOUNT |
|---|---|---|---|---|
| 11/8/2001 | MOK | Draft answers to interrogatories and request for production fo documents | 4 | 800.00 |
| 11/8/2001 | MOK | Conference / Clt / Answers to Interrogs. | | 200.00 |
| 11/14/2001 | MOK | Client conf. / Preparation for depositions with M.P., D.P. and K.P | 2 | 400.00 |
| 11/14/2001 | MOK | Review and organize file in preparation for discovery and document review by District representative | 4.5 | 900.00 |
| 11/19/2001 | MOK | Prepare for depositions, organize relevant documents and meet with clients. | 5.75 | 1,150.00 |
| 11/20/2001 | MOK | Attend and participate in depositions for K.P. and M.P. | 7 | 1,400.00 |
| 11/30/2001 | AJGoetz | Read Answers to Interrogs/Requests/Admissions. | 6 | 1,200.00 |
| 12/12/2001 | MOKane | Read Defendant's Answers to Plaintiff's Interrogs. | 4.75 | 950.00 |
| 12/22/2001 | AJGoetz | Telephone conf./Clt./Defendant's Answers. | 0.5 | 100.00 |
| 12/27/2001 | MOKane | Read Motion for Summary Judgment and create outline of response. | 5.5 | 1,100.00 |
| 1/16/2002 | MOKane | Telephone conf./Opp./Extension for response. | 0.25 | 50.00 |
| 1/16/2002 | MOKane | Research mootness and Section 504 claims. | 4.5 | 900.00 |
| 1/18/2002 | MOKane | Read corresp./Opp./Substitution of attorney for Pexa. | 0.25 | 50.00 |
| 1/18/2002 | MOKane | Write Memorandum in Response to Summary Judgment. | 6.5 | 1,300.00 |
| 1/29/2002 | MOKane | Write Memorandum in Opposition to Summary Judgment. | 7.5 | 1,500.00 |
| 2/4/2002 | AJG | Read and Edit Memorandum in Opposition to Summary Judgment | 1.75 | 350.00 |
| 2/5/2002 | MOKane | Write Memorandum in Opposition to Summary Judgment. | 4.75 | 950.00 |

**Total**

# Invoice

***Center for Education Law, Ltd.***
1654 Grand Avenue
Suite 200
Saint Paul, MN 55105
651 222 8611

| DATE | INVOICE # |
|---|---|
| 8/30/2003 | 1026 |

| BILL TO |
|---|
| Dwight and Kelly Poulton<br>Route 4, Box 308<br>New Prague, Minnesota 56071 |

**WE ACCEPT VISA & MASTERCARD**

**Please call (651) 222-8611 Ex. 10 to make arrangements to pay your bill by credit card.**

| TERMS | DUE DATE |
|---|---|
| | 8/30/2003 |

| DATE | ATTY | DESCRIPTION | HRS | AMOUNT |
|---|---|---|---|---|
| 2/6/2002 | MOKane | Write Memorandum in Opposition to Summary Judgment. | 6.75 | 1,350.00 |
| 2/6/2002 | MOKane | Prepare for and moot oral argument with DLC attorneys. | 5 | 1,000.00 |
| 2/9/2002 | MOKane | Write Memorandum in Opposition to Summary Judgment. | 7 | 1,400.00 |
| 2/10/2002 | AJGoetz | Write Memorandum in Opposition to Summary Judgment. | 7.5 | 1,500.00 |
| 2/11/2002 | MOKane | Write Memorandum in Opposition to Summary Judgment. | 6.75 | 1,350.00 |
| 2/22/2002 | AJG | Discuss and appear at oral argument on motion for summary judgment | 1 | 200.00 |
| 5/15/2002 | MOKane | Read Order from District Crt. | 0.75 | 150.00 |
| 5/15/2002 | MOKane | Telephone conf./Clt./Decision from District Crt. | 0.75 | 150.00 |
| 6/13/2002 | MOK | Consult with AJG re: issues for appeal to 8th Crt. | | 200.00 |
| 6/13/2002 | MOK | Read Complaint, Interrogatories, Motion and D.C. decision in preparation for determination of appeal to 8th cir. | | 200.00 |
| 6/20/2002 | MOKane | Organize all exhibits for appendix. | 6 | 1,200.00 |
| 6/21/2002 | MOKane | Write Outline of Issues for Appeal. | 4.7 | 940.00 |
| 6/22/2002 | MOKane | Organize appendix for appellate brief. | 5 | 1,000.00 |
| 6/23/2002 | MOKane | Research standard for 504/Mootness under IDEA. | 8 | 1,600.00 |
| 6/24/2002 | MOKane | Write and submit Statement of Issues/Notice of Appearance/Designation of Appendix. | 6.5 | 1,300.00 |
| 6/25/2002 | MOKane | Write Issues for Appeal and review decision in detail. | 6 | 1,200.00 |
| 7/28/2002 | MOKane | Write outline for 8th Cir. Brief. | 4 | 800.00 |
| 7/29/2002 | MOKane | Research Alexander/Smith & Thompson/Live controversy across districts. | 5.75 | 1,150.00 |

| | **Total** |
|---|---|

# Invoice

***Center for Education Law, Ltd.***
1654 Grand Avenue
Suite 200
Saint Paul, MN 55105
651 222 8611

| DATE | INVOICE # |
|---|---|
| 8/30/2003 | 1026 |

| BILL TO |
|---|
| Dwight and Kelly Poulton<br>Route 4, Box 308<br>New Prague, Minnesota 56071 |

**WE ACCEPT VISA & MASTERCARD**

**Please call (651) 222-8611 Ex. 10 to make arrangements to pay your bill by credit card.**

| TERMS | DUE DATE |
|---|---|
| | 8/30/2003 |

| DATE | ATTY | DESCRIPTION | HRS | AMOUNT |
|---|---|---|---|---|
| 7/30/2002 | MOKane | Read cases pulled through research, specifically Alexander in Circuit courts. | 7 | 1,400.00 |
| 7/31/2002 | MOKane | Write 8th Cir. Brief/Statement of Case, Summary Argument, Outline of Arguments. | 6.5 | 1,300.00 |
| 8/1/2002 | AJG | Research on mootness / jurisdictional issue | 2 | 400.00 |
| 8/3/2002 | MOKane | Write 8th Cir. Brief/Corpus of Brief. | 6.5 | 1,300.00 |
| 8/4/2002 | MOKane | Write corpus of 8th Cir. Brief. | 8 | 1,600.00 |
| 8/5/2002 | MOKane | Write 8th Cir. Brief/Issues statement and corpus of brief. | 10 | 2,000.00 |
| 8/6/2002 | MOKane | Research additional cases related to 8th Cir. standard for overturning live controversy and standard of review for facts. | 6 | 1,200.00 |
| 8/6/2002 | MOKane | Write 8th Cir. Brief/Corpus of brief with addendum. | 5 | 1,000.00 |
| 8/6/2002 | AJG | Read and edit draft of brief; research and additional drafting | 2.5 | 500.00 |
| 8/7/2002 | MOKane | Write 8th Cir. Brief/Corpus of brief. | 10 | 2,000.00 |
| 8/8/2002 | MOKane | Write 8th Cir. Brief/Collect authorities, appendix, write corpus of brief, re-write issue statement and cite check. | 12 | 2,400.00 |
| 8/8/2002 | AJG | Edit, revise, reformat, prepare final Brief, Appendix II | 6 | 1,200.00 |
| 8/9/2002 | MOKane | Finish 8th Cir. Brief and send to AJG for printing. | 6.5 | 1,300.00 |
| 9/9/2002 | MOKane | Read District Response to 8th Cir. Brief. | 5 | 1,000.00 |
| 9/10/2002 | MOKane | Write Outline for Reply based on Appellee's brief. | 2.75 | 550.00 |
| 9/19/2002 | MOKane | Pull and read cases cited by District in 8th Cir. response brief. | 5.5 | 1,100.00 |
| 9/20/2002 | MOKane | Write outline for 8th Cir. reply brief. | 6.5 | 1,300.00 |
| 9/22/2002 | MOKane | Write 8th Cir. Reply Brief. | 4.75 | 950.00 |
| 9/23/2002 | MOKane | Write 8th Cir. Reply Brief. | 7 | 1,400.00 |
| 9/24/2002 | MOKane | Write and finalize 8th Cir. Reply Brief. | 6 | 1,200.00 |

**Total**

# Invoice

***Center for Education Law, Ltd.***
1654 Grand Avenue
Suite 200
Saint Paul, MN 55105
651 222 8611

| DATE | INVOICE # |
|---|---|
| 8/30/2003 | 1026 |

| BILL TO |
|---|
| Dwight and Kelly Poulton<br>Route 4, Box 308<br>New Prague, Minnesota 56071 |

**WE ACCEPT VISA & MASTERCARD**

**Please call (651) 222-8611 Ex. 10 to make arrangements to pay your bill by credit card.**

| TERMS | DUE DATE |
|---|---|
| | 8/30/2003 |

| DATE | ATTY | DESCRIPTION | HRS | AMOUNT |
|---|---|---|---|---|
| 9/24/2002 | AJG | Review and edit Reply Brief | 0.5 | 100.00 |
| 9/25/2002 | MOKane | Read Reply Brief and outline response. | 4.5 | 900.00 |
| 1/13/2003 | MOKane | Receive and send notice of oral argument. | 0.25 | 50.00 |
| 1/24/2003 | MOKane | Read seminal cases from brief, response and reply. | 4 | 800.00 |
| 1/27/2003 | MOKane | Write preliminary notes for oral argument. | 4 | 800.00 |
| 1/30/2003 | AJGoetz | Draft and submit Notice of Appearance. | 0.5 | 100.00 |
| 2/5/2003 | MOK | Write outline for argument in prep for mooting | 6 | 1,200.00 |
| 2/5/2003 | MOKane | Moot oral arguments to attys. | 4.5 | 900.00 |
| 2/6/2003 | MOKane | Telephone conf./Clt./Response to mooting and preparation for oral arguments. | 1 | 200.00 |
| 2/8/2003 | MOKane | Write notes for oral argument and review elements of seminal cases. | 8.75 | 1,750.00 |
| 2/12/2003 | MOKane | Outline facts relevant to each component of argument and set forth specific cites to record in appedix/addendum. | 6.5 | 1,300.00 |
| 2/13/2003 | MOKane | Prepare notes for oral argument in 8th cir. | 8.75 | 1,750.00 |
| 2/14/2003 | MOKane | Attend and participate in oral arguments in front of 8th Cir. Court. | 2 | 400.00 |
| 2/14/2003 | MOKane | Client conf./Oral argument and potential outcome of argument. | 1.5 | 300.00 |
| 2/19/2003 | MOKane | Pull and submit case ISD v. A.C. to 8th Cir. Crt. | 0.5 | 100.00 |
| 2/19/2003 | MOKane | Corresp./Clt./Status of decision. | 0.25 | 50.00 |
| 4/16/2003 | MOKane | Read decision from 8th Cir. Crt./Send to decision to clt. | 3.5 | 700.00 |
| 4/16/2003 | MOK | Telephone conf./Clt./8th Cir. decision and next steps in process. | 1.75 | 350.00 |
| 4/20/2003 | AJG | Outline issues for Petition for Rehearing En Banc | 4.75 | 950.00 |
| 4/27/2003 | MOK | Write Petition for Re-hearing En Banc. | 6.5 | 1,300.00 |
| 4/29/2003 | MOK | Revise Petition for Rehearing section | 7.5 | 1,500.00 |
| 4/30/2003 | MOK | Finalize Petition for Re-hearing. | 6.75 | 1,350.00 |

**Total**

# Invoice

***Center for Education Law, Ltd.***
1654 Grand Avenue
Suite 200
Saint Paul, MN 55105
651 222 8611

| DATE | INVOICE # |
|---|---|
| 8/30/2003 | 1026 |

| BILL TO |
|---|
| Dwight and Kelly Poulton<br>Route 4, Box 308<br>New Prague, Minnesota 56071 |

**WE ACCEPT VISA & MASTERCARD**

**Please call (651) 222-8611 Ex. 10 to make arrangements to pay your bill by credit card.**

| TERMS | DUE DATE |
|---|---|
| | 8/30/2003 |

| DATE | ATTY | DESCRIPTION | HRS | AMOUNT |
|---|---|---|---|---|
| 4/30/2003 | AJG | Sign and write Cert of Compliance. | 0.5 | 100.00 |
| 7/3/2003 | MOK | Read Denial of Rehearing. | 0.25 | 50.00 |
| 7/3/2003 | MOK | Telephone conf./Clt./Denial of rehearing and status of remand. | 1.5 | 300.00 |
| 7/14/2003 | MOK | Read corresp./8th Cir./Return of records. | 0.25 | 50.00 |
| 8/25/2003 | MOK | Draft Rule 26(f) report. | 1.5 | 300.00 |
| 8/25/2003 | MOK | Telephone conf./Opp./Rule 26(f) Report Due. | 0.25 | 50.00 |
| 8/28/2003 | MOK | Write and send Rule 26(f)/Opp. | 0.75 | 150.00 |
| | | Total Attorney Fees | | 119,590.00 |
| 4/11/2001 | Filing Fees | Filing Fees | 1 | 212.00 |
| 5/6/2001 | Courier | Courier | 1 | 39.00 |
| 7/6/2001 | Courier | Courier | 1 | 25.00 |
| 11/15/2001 | Courier | Courier | 1 | 33.00 |
| 12/8/2001 | Transcripts | Transcripts | 1 | 347.00 |
| 3/15/2002 | Courier | Courier | 1 | 13.00 |
| 3/15/2002 | Courier | Courier | 1 | 19.00 |
| 7/17/2002 | Courier | Courier | 1 | 20.00 |
| 8/16/2002 | Printing | Printing and Binding of 8th Cir. briefs - Bachman Printing | 1 | 1,195.26 |
| 8/28/2003 | Courier | Courier | 1 | 13.00 |
| | | Total Reimbursable Expenses | | 1,916.26 |

**Total** $121,506.26