# Invoice

**WE ACCEPT VISA & MASTERCARD.**

**Please call 651-222-8611 ex. 10 to make arrangements to pay your bill by credit card**

Dwight and Kelly Poulton
Route 4, Box 308
New Prague, Minnesota 56071

| Date | Invoice # |
|---|---|
| 9/1/2005 | 173 |

| Date | Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|
| 9/2/2003 | MOK | Read final Rule 26(f) Report | 0.25 | 250.00 | 62.50 |
| 9/3/2003 | MOK | Read Pre-trial order for conf. | 0.25 | 250.00 | 62.50 |
| 10/3/2003 | MOK | Telephone conf./Clt./Settlement position to Magistrate. | 0.75 | 250.00 | 187.50 |
| 10/3/2003 | MOK | Write Conf. settlement position to Mag. | 0.5 | 250.00 | 125.00 |
| 10/6/2003 | MOK | Finalize settlement position and send to Mag. | 0.5 | 250.00 | 125.00 |
| 10/7/2003 | MOK | Read corresp./Opp. to Mag./Dist settlement position. | 0.25 | 250.00 | 62.50 |
| 10/7/2003 | MOK | Telephone conf./Clt./Dist position re: settlement. | 0.25 | 250.00 | 62.50 |
| 10/10/2003 | MOK | Attend and participate in settlement conf./Mag & Opp. | 4 | 250.00 | 1,000.00 |
| 10/10/2003 | MOK | Client conf./Prepare for settlement conf. w/Mag & Opp. | 0.75 | 250.00 | 187.50 |
| 11/26/2003 | MOK | Read corresp./8th Cir./Dimissal of Pexa | 0.25 | 250.00 | 62.50 |
| 12/8/2003 | MOK | Corresp./Opp./Pre-trial order conflict. | 0.25 | 250.00 | 62.50 |
| 12/11/2003 | MOK | Read corresp./Opp./Agree to stip to alter pre-trial order. | 0.25 | 250.00 | 62.50 |
| 1/26/2004 | MOK | Write Stip and Order for change in pre-trial order. | 0.5 | 250.00 | 125.00 |
| 1/26/2004 | MOK | Corresp./Opp./Send Stip and Order. | 0.25 | 250.00 | 62.50 |
| 1/28/2004 | MOK | Receive signed Stip and Order for change in pre-trial schedule. | 0.25 | 250.00 | 62.50 |
| 3/1/2004 | MOK | Read Motion and Memo for Dismissal from Dist. | 2 | 250.00 | 500.00 |
| 3/1/2004 | MOK | Read Aff from Nich/Long | 0.75 | 250.00 | 187.50 |
| 3/1/2004 | MOK | Write Outline of Responsive memo. | 3 | 250.00 | 750.00 |
| | | | | **Total** | |

# Invoice

**WE ACCEPT VISA & MASTERCARD.**

**Please call 651-222-8611 ex. 10 to make arrangements to pay your bill by credit card**

Dwight and Kelly Poulton
Route 4, Box 308
New Prague, Minnesota 56071

| Date | Invoice # |
|---|---|
| 9/1/2005 | 173 |

| Date | Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|
| 4/1/2004 | MOK | Write Memo in Response to Motion to Dismiss. | 4.75 | 250.00 | 1,187.50 |
| 3/31/2004 | MOK | Organize and write document index. | 6 | 250.00 | 1,500.00 |
| 4/1/2004 | MOK | Research law of the case/8th cir. | 5.5 | 250.00 | 1,375.00 |
| 4/2/2004 | MOK | Research and read law of the case/8th cir. & usdist. | 4 | 250.00 | 1,000.00 |
| 4/3/2004 | MOK | Write Memo in Response to Motion to Dismiss. | 8 | 250.00 | 2,000.00 |
| 4/3/2004 | MOK | Organize attachments to memo. | 0.75 | 250.00 | 187.50 |
| 4/4/2004 | MOK | Write Memo in Response to Motion to Dismiss. | 10 | 250.00 | 2,500.00 |
| 4/5/2004 | MOK | Write Memo in Response to Motion to Dismiss and send to opp and crt. | 6.75 | 250.00 | 1,687.50 |
| 4/14/2004 | MOK | Read Reply from Dist. | 0.75 | 250.00 | 187.50 |
| 4/18/2004 | MOK | Re-read memoranda and prepare notes for oral argument. | 8 | 250.00 | 2,000.00 |
| 4/19/2004 | MOK | Prepare for oral arguement. | 1.5 | 250.00 | 375.00 |
| 4/19/2004 | MOK | Attend and participate in oral arguments. | 1 | 250.00 | 250.00 |
| 4/19/2004 | MOK | Client conf./Meaning of re-consideration of motion to dismiss, law of case, status of claims and potential next steps. | 2 | 250.00 | 500.00 |
| 4/20/2004 | MOK | Read corresp./Opp. to Crt./Aff of service. | 0.25 | 250.00 | 62.50 |
| 1/3/2005 | MOK | Read Order granting Dismissal. | 1 | 250.00 | 250.00 |
| 1/3/2005 | MOK | Telephone conf./Clt./Order granting dismissal and appeal of order. | 1 | 250.00 | 250.00 |
| 1/10/2005 | MOK | Research reversal and remand on law of case. | 5 | 250.00 | 1,250.00 |
| 1/10/2005 | MOK | Write Notice of Appeal. | 0.5 | 250.00 | 125.00 |
| 3/4/2005 | MOK | Corresp./Opp./Method of prep of appendix. | 0.25 | 250.00 | 62.50 |
| 3/11/2005 | MOK | Write designation and statement of issues & method of appendix. | 4.5 | 250.00 | 1,125.00 |
| | | | **Total** | | |

# Invoice

**WE ACCEPT VISA & MASTERCARD.**

**Please call 651-222-8611 ex. 10 to make arrangements to pay your bill by credit card**

Dwight and Kelly Poulton
Route 4, Box 308
New Prague, Minnesota 56071

| Date | Invoice # |
|---|---|
| 9/1/2005 | 173 |

| Date | Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|
| 3/12/2005 | MOK | Read corresp./Opp./Separate append./ Rule 26.1 disclosures, notice of appearance. | 0.25 | 250.00 | 62.50 |
| 3/15/2005 | MOK | Read corresp./8th cir./Confirmation of filing fee. | 0.25 | 250.00 | 62.50 |
| 3/15/2005 | MOK | Outline Appellate brief issues. | 4 | 250.00 | 1,000.00 |
| 3/26/2005 | MOK | Write Brief on Appeal. | 3.5 | 250.00 | 875.00 |
| 3/28/2005 | MOK | Write Brief on appeal and organize appendix. | 6 | 250.00 | 1,500.00 |
| 3/29/2005 | MOK | Write Brief on appeal. | 5.75 | 250.00 | 1,437.50 |
| 4/1/2005 | MOK | Write Brief on appeal. | 10 | 250.00 | 2,500.00 |
| 4/2/2005 | MOK | Research applicability of law of the case to matters under appeal. | 4.5 | 250.00 | 1,125.00 |
| 4/2/2005 | MOK | Incorporate law of the case materials into brief. | 3 | 250.00 | 750.00 |
| 4/3/2005 | MOK | Rewrite facts to include procedural posture of case. | 4 | 250.00 | 1,000.00 |
| 4/15/2004 | MOK | Prepare draft for review by AJG & clerks. | 4 | 250.00 | 1,000.00 |
| 4/15/2004 | AJG | Read draft of brief on appeal. | 2.75 | 250.00 | 687.50 |
| 4/17/2005 | MOK | Organize and finalize documents for appendix. | 6 | 250.00 | 1,500.00 |
| 4/19/2005 | MOK | Make recommended changes to brief on appeal. | 6.75 | 250.00 | 1,687.50 |
| 4/20/2005 | MOK | Write brief on appeal. | 8.75 | 250.00 | 2,187.50 |
| 4/21/2005 | MOK | Finalize brief on appeal and remit for copying. | 4.5 | 250.00 | 1,125.00 |
| 5/12/2005 | MOK | Send computer disc with brief components to 8th cir. | 0.75 | 250.00 | 187.50 |
| 5/24/2005 | MOK | Read Appellee's Brief. | 4 | 250.00 | 1,000.00 |
| 5/25/2006 | MOK | Outline reply brief. | 6 | 250.00 | 1,500.00 |
| 5/28/2005 | MOK | Research exhaustion in conjunction with other fed claims. | 4.5 | 250.00 | 1,125.00 |
| 5/28/2005 | MOK | Write reply brief. | 5 | 250.00 | 1,250.00 |
| | | | **Total** | | |

# Invoice

**WE ACCEPT VISA & MASTERCARD.**

**Please call 651-222-8611 ex. 10 to make arrangements to pay your bill by credit card**

Dwight and Kelly Poulton
Route 4, Box 308
New Prague, Minnesota 56071

| Date | Invoice # |
|---|---|
| 9/1/2005 | 173 |

| Date | Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|
| 5/29/2005 | MOK | Write reply brief. | 8 | 250.00 | 2,000.00 |
| 5/30/2005 | MOK | Write reply brief. | 7.5 | 250.00 | 1,875.00 |
| 5/31/2005 | MOK | Finalize reply brief and remit for copying. | 5 | 250.00 | 1,250.00 |
| 6/11/2005 | MOK | Telephone conf./Clt./Memos on appeal. | 0.5 | 250.00 | 125.00 |
| | | | | **Total** | **$50,437.50** |