Kane Education Law, LLC.
1654 Grand Avenue
Suite 200
Saint Paul, MN 55105

# Invoice

| Date | Invoice # |
|---|---|
| 9/21/2006 | 40 |

| Bill To |
|---|
| Dwight and Kelly Poulton<br>Route 4, Box 308<br>New Prague, Minnesota 56071 |

| Date | Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|
| 10/26/2005 | MOK | Telephone conf./Clt./Appeal schedule and location. | 0.5 | 250.00 | 125.00 |
| 11/7/2005 | MOK | Prepare outline for 8th cir. oral argument. | 3 | 250.00 | 750.00 |
| 11/12/2005 | MOK | Organize records for transport to St.L. | 5 | 250.00 | 1,250.00 |
| 11/13/2005 | MOK | Prepare oral agrument with notes to prior decisions. | 4 | 250.00 | 1,000.00 |
| 11/13/2005 | MOK | Prepare oral argument notebook. | 3 | 250.00 | 750.00 |
| 11/14/2005 | MOK | Prepare oral argument at 8th cir. | 5.75 | 250.00 | 1,437.50 |
| 11/15/2005 | MOK | Travel to St.L. | 3 | 250.00 | 750.00 |
| 11/15/2005 | MOK | Unpack documents and organize for argument. | 3 | 250.00 | 750.00 |
| 11/15/2005 | MOK | Re-read motions, previous orders and incorp into argument. | 6 | 250.00 | 1,500.00 |
| 11/16/2005 | MOK | Review notes and make additions. | 1.5 | 250.00 | 375.00 |
| 11/16/2005 | MOK | Attend and participate in oral arguments. | 1.5 | 250.00 | 375.00 |
| 11/16/2005 | MOK | Travel to St.P. | 3 | 250.00 | 750.00 |
| 11/16/2005 | MOK | Client conf./Appeal issues and items presented at oral argument. | 1.5 | 250.00 | 375.00 |
| 3/13/2006 | MOK | Read Decision from 8th Cir. | 0.75 | 250.00 | 187.50 |
| 3/13/2006 | MOK | /Clt./Decision from 8th cir. | 1 | 250.00 | 250.00 |
| 3/14/2006 | MOK | Read Notice of Reassignment. | 0.25 | 250.00 | 62.50 |
| 4/26/2006 | MOK | Telephone conf./Clt./Case management conf. and status of claims. | 0.5 | 250.00 | 125.00 |
| 5/9/2006 | MOK | Read corresp./Opp.to Crt/Case managment conf. | 0.25 | 250.00 | 62.50 |
| 5/10/2006 | MOK | Attend Case Management conf w/ Mag & Opp. | 0.5 | 250.00 | 125.00 |
| 5/26/2006 | MOK | Read Notice of Settlement Conf. | 0.25 | 250.00 | 62.50 |
| 5/29/2006 | MOK | Corresp./Opp./Pending motion and timing. | 0.25 | 250.00 | 62.50 |
| 6/6/2006 | MOK | Read corresp./Opp to Crt./Renewal of motion. | 0.25 | 250.00 | 62.50 |
| 6/30/2006 | MOK | Telephone conf./Opp./Private mediation. | 0.5 | 250.00 | 125.00 |
| 6/30/2006 | MOK | Telephone conf./Preddy/Availaibility to mediate and remittance of 8th cir. decisions. | 0.5 | 250.00 | 125.00 |
| | | | | **Total** | |

Kane Education Law, LLC.
1654 Grand Avenue
Suite 200
Saint Paul, MN 55105

# Invoice

| Date | Invoice # |
|---|---|
| 9/21/2006 | 40 |

| Bill To |
|---|
| Dwight and Kelly Poulton<br>Route 4, Box 308<br>New Prague, Minnesota 56071 |

| Date | Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|
| 6/30/2006 | MOK | Corresp./Preddy/Mediation availability. | 0.25 | 250.00 | 62.50 |
| 6/20/2006 | MOK | Corresp./Opp./Confirm potential for private mediation. | 0.25 | 250.00 | 62.50 |
| 7/6/2006 | MOK | Corresp./Opp./Confirm date for private mediation. | 0.25 | 250.00 | 62.50 |
| 7/6/2006 | MOK | Telephone conf./Preddy/ Date for private mediation. | 0.25 | 250.00 | 62.50 |
| 7/7/2006 | MOK | Read corresp./Opp./Confirming date for private mediation. | 0.25 | 250.00 | 62.50 |
| 7/10/2006 | MOK | Corresp./Opp./Confirm time for beginnning of med. | 0.25 | 250.00 | 62.50 |
| 7/13/2006 | MOK | Read corresp./USMed./Confirm date, time and location for mediation. | 0.25 | 250.00 | 62.50 |
| 7/17/2006 | MOK | Write Plaintiffs' Settlement Information for mediation. | 1.75 | 250.00 | 437.50 |
| 7/17/2006 | MOK | Corresp./Opp./Request for insurance policy. | 0.25 | 250.00 | 62.50 |
| 7/17/2006 | MOK | Organize all documents into respective files. | 8 | 250.00 | 2,000.00 |
| 7/17/2006 | MOK | Telephone conf./Clt./POA for MP. | 0.5 | 250.00 | 125.00 |
| 7/19/2006 | MOK | Clt.Conf./Settlement position and prepare for mediation. | 2.5 | 250.00 | 625.00 |
| 7/26/2006 | MOK | Read corresp./Opp./Status of insurance policy. | 0.25 | 250.00 | 62.50 |
| 8/3/2006 | MOK | Organize documents for Settlement Notebook, review past settlement and draft strengths and weaknesses in case. | 2.5 | 250.00 | 625.00 |
| 8/4/2006 | MOK | Meet with Clients in preparation for Mediation, discuss past settlement offers, offers to be made and expectations in mediation. | 0.75 | 250.00 | 187.50 |
| 8/4/2006 | MOK | Attend and participate in mediation with Opp. and Mediator Preddy. | 6 | 250.00 | 1,500.00 |
| 8/6/2006 | MOK | Prepare issues for discussion with client in trial prep specifically, witnesses and coordination of exhibits for testimony. | 0.75 | 250.00 | 187.50 |
| 8/6/2006 | MOK | Meet with Clt. (KP) to discuss witnesses, coordination of exhibits, next steps of coordinating witnesses in prep for trial. | 2.5 | 250.00 | 625.00 |

| | |
|---|---|
| | **Total** |

Kane Education Law, LLC.
1654 Grand Avenue
Suite 200
Saint Paul, MN 55105

# Invoice

| Date | Invoice # |
|---|---|
| 9/21/2006 | 40 |

| Bill To |
|---|
| Dwight and Kelly Poulton<br>Route 4, Box 308<br>New Prague, Minnesota 56071 |

| Date | Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|
| 8/6/2006 | MOK | Research JIGS for Section 504 claims. | 5.5 | 250.00 | 1,375.00 |
| 8/7/2006 | MOK | Telephone conf./Clt. (KP)/Witness information, response to mediation and scheduling of next conference. | 0.5 | 250.00 | 125.00 |
| 8/7/2006 | MOK | Telephone conf./Rau/Availability to consult on on trial preparations, specifically evidentiary concerns and presentation of evidence. | 0.5 | 250.00 | 125.00 |
| 8/7/2006 | MOK | Corresp./Opp./Stipulations and exhibits. | 0.5 | 250.00 | 125.00 |
| 8/7/2006 | MOK | Outline elements of claims with related evidentiary elements on PP. | 6 | 250.00 | 1,500.00 |
| 8/8/2006 | MOK | Corresp./S.Rau/Remit orders and decisions for consultation and settlement positions. | 0.5 | 250.00 | 125.00 |
| 8/8/2006 | MOK | Research Student-on-student harassment JIGS nationally. | 7 | 250.00 | 1,750.00 |
| 8/9/2006 | MOK | Telephone conf./MDC/Writ for early release. | 0.5 | 250.00 | 125.00 |
| 8/9/2006 | MOK | Telephone conf./Clt (KP)/Substitution of counsel and new release for Hogan. | 0.25 | 250.00 | 62.50 |
| 8/9/2006 | MOK | Write Substitution of Counsel and remit through ECF. | 0.5 | 250.00 | 125.00 |
| 8/9/2006 | MOK | Telephone conf./Opp./Substitution of counsel and confirmation of Long as second chair. | 0.25 | 250.00 | 62.50 |
| 8/9/2006 | MOK | Read proposed JIGS from Florida case. | 4.75 | 250.00 | 1,187.50 |
| 8/9/2006 | MOK | Corresp./Hogan/Availability to testify. | 0.25 | 250.00 | 62.50 |
| 8/9/2006 | MOK | Corresp./Opp./Long as second chair. | 0.25 | 250.00 | 62.50 |
| 8/9/2006 | MOK | Organize red-rope files to be consistent with trial notebook, make labels and begin to organize manila files with specific witness information. | 1 | 250.00 | 250.00 |
| 8/10/2006 | MOK | Create witness files and provide relevant documents for each identified witness. | 5.25 | 250.00 | 1,312.50 |

**Total**

Kane Education Law, LLC.
1654 Grand Avenue
Suite 200
Saint Paul, MN 55105

# Invoice

| Date | Invoice # |
|---|---|
| 9/21/2006 | 40 |

| Bill To |
|---|
| Dwight and Kelly Poulton<br>Route 4, Box 308<br>New Prague, Minnesota 56071 |

| Date | Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|
| 8/10/2006 | MOK | Research Writ of Release and e-mail PD's office for copy. | 0.5 | 250.00 | 125.00 |
| 8/10/2006 | MOK | Research and procure district boundaries. | 3 | 250.00 | 750.00 |
| 8/10/2006 | MOK | Read Federal Rules of Evidence re: lay opinion for KP. | 4 | 250.00 | 1,000.00 |
| 8/10/2006 | MOK | Research Writ of Release and e-mail PD's office for copy. | 0.5 | 250.00 | 125.00 |
| 8/12/2006 | MOK | Telephone conf./S.Rau/Expert witness expectations. | 0.5 | 250.00 | 125.00 |
| 8/12/2006 | MOK | Read and research expert opinion requirements for treating phys. | 3.75 | 250.00 | 937.50 |
| 8/12/2006 | MOK | Outline closing on Powerpt. | 3 | 250.00 | 750.00 |
| 8/13/2006 | MOK | Prepare exhibits and examine any original documents within the possession of parents. | 2 | 250.00 | 500.00 |
| 8/13/2006 | MOK | Write out proposed exhibit list and proposed stipulated facts. | 2.5 | 250.00 | 625.00 |
| 8/13/2006 | MOK | Client conf./Meet with KP and discuss witnesses and related testimony and discuss individual elements of claims. | 4 | 250.00 | 1,000.00 |
| 8/13/2006 | MOK | Prepare exhibits and examine any original documents within the possession of parents. | 2 | 250.00 | 500.00 |
| 8/14/2006 | MOK | Met with CO/Regarding organization and copy of exhibits. | 0.25 | 250.00 | 62.50 |
| 8/14/2006 | MOK | Write Proposed Stipulated facts and finish organizing proposed exhibits. | 4 | 250.00 | 1,000.00 |
| 8/15/2006 | MOK | Meet with Opp to discuss stips and exhibits. | 2.5 | 250.00 | 625.00 |
| 8/15/2006 | MOK | Read corresp./Opp./Update Hogan documents. | 0.25 | 250.00 | 62.50 |
| 8/15/2006 | MOK | Telephone conf./Clt./Update of Hogan records. | 0.25 | 250.00 | 62.50 |
| 8/15/2006 | MOK | Telephone conf./Clt./Status of exhibits and stips. | 0.75 | 250.00 | 187.50 |
| 8/16/2006 | MOK | Research Writ ad Testificatum | 3.25 | 250.00 | 812.50 |
| 8/16/2006 | MOK | Telephone conf./Goodhue/Writ and jx. | 0.5 | 250.00 | 125.00 |
| 8/16/2006 | MOK | Mark and prepare specific FRCP for trial. | 4.75 | 250.00 | 1,187.50 |
| 8/17/2006 | MOK | Read corresp./Opp./Replacement pages. | 0.25 | 250.00 | 62.50 |

**Total**

Kane Education Law, LLC.
1654 Grand Avenue
Suite 200
Saint Paul, MN 55105

# Invoice

| Date | Invoice # |
|---|---|
| 9/21/2006 | 40 |

| Bill To |
|---|
| Dwight and Kelly Poulton<br>Route 4, Box 308<br>New Prague, Minnesota 56071 |

| Date | Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|
| 8/17/2006 | MOK | Client Conf./Witness prep of DP. | 4 | 250.00 | 1,000.00 |
| 8/17/2006 | MOK | Read depositions of M.P./K.P. and annotate. | 5 | 250.00 | 1,250.00 |
| 8/17/2006 | MOK | Corresp./Opp./Offer of Settlement. | 0.5 | 250.00 | 125.00 |
| 8/19/2006 | MOK | Telephone conf./Faribault/Request for additional records. | 0.5 | 250.00 | 125.00 |
| 8/18/2006 | MOK | Corresp./Faribault/Records request. | 0.25 | 250.00 | 62.50 |
| 8/18/2006 | MOK | Read corresp./Opp./Rejection of counter-offer. | 0.25 | 250.00 | 62.50 |
| 8/18/2006 | MOK | Read corresp./Opp./Rule 68 Offer. | 0.25 | 250.00 | 62.50 |
| 8/18/2006 | MOK | Telephone conf./Clt./Offer rejected and Rule 68 offer and implications. | 1 | 250.00 | 250.00 |
| 8/19/2006 | MOK | Research JIGS for disability discrim, harassment and failure to modify and accommodate. | 6.5 | 250.00 | 1,625.00 |
| 8/20/2006 | MOK | Write and edit model JIGS from 8th cir.include disability discrim., harassment and failure to modify and accommodate. | 5 | 250.00 | 1,250.00 |
| 8/21/2006 | MOK | Write Pre-trial brief. | 6 | 250.00 | 1,500.00 |
| 8/21/2006 | MOK | Review crtroom lay out and tech. | 1.5 | 250.00 | 375.00 |
| 8/22/2006 | MOK | Client conf./KP/Finalize exhibit list and witnesses, prepare for testimony. | 5 | 250.00 | 1,250.00 |
| 8/22/2006 | MOK | Write Exhibit and Witness Lists. | 3 | 250.00 | 750.00 |
| 8/22/2006 | MOK | Telephone conf./Culberth/Status of case. | 0.5 | 250.00 | 125.00 |
| 8/22/2006 | MOK | Corresp./Hogan/Remit Fairview Rpt. | 0.25 | 250.00 | 62.50 |
| 8/22/2006 | MOK | Read corresp./Opp./Updated info regarding Dist. witness. | 0.25 | 250.00 | 62.50 |
| 8/23/2006 | MOK | Write Pre-trial brief, complete exhibit and witness lists and prepare exhibits for availability. | 8 | 250.00 | 2,000.00 |
| 8/24/2004 | MOK | Witness prep/KP and KM. | 3.5 | 250.00 | 875.00 |
| 8/24/2006 | MOK | Edit PP to include additional witness testimony. | 3.75 | 250.00 | 937.50 |
| 8/25/2006 | MOK | Corresp./Faribault/Request to meet and release time. | 0.25 | 250.00 | 62.50 |
| | | | **Total** | | |

Kane Education Law, LLC.
1654 Grand Avenue
Suite 200
Saint Paul, MN 55105

# Invoice

| Date | Invoice # |
|---|---|
| 9/21/2006 | 40 |

| Bill To |
|---|
| Dwight and Kelly Poulton<br>Route 4, Box 308<br>New Prague, Minnesota 56071 |

| Date | Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|
| 8/25/2006 | MOK | Prepare cross examination in coordination with exhibits. | 12 | 250.00 | 3,000.00 |
| 8/26/2006 | MOK | Prepare direct examination of MP. | 8 | 250.00 | 2,000.00 |
| 8/26/2006 | MOK | Telephone conf./Clt./Batting line up. | 0.75 | 250.00 | 187.50 |
| 8/27/2006 | MOK | Read Mauet on federal evidence incl. hearsay exceptions, authentication, and convictions. | 6.5 | 250.00 | 1,625.00 |
| 8/28/2006 | MOK | Courier Wit and Ex lists to Crt. | 0.25 | 250.00 | 62.50 |
| 8/28/2006 | MOK | Prepare cross examination in conjunction with affidavits and answers to interrogatories. | 7.5 | 250.00 | 1,875.00 |
| 8/29/2006 | MOK | Prepare direct exam of KP. | 4 | 250.00 | 1,000.00 |
| 8/29/2006 | MOK | Conf./KP/Prepare for testimony and review exhibits. | 3 | 250.00 | 750.00 |
| 8/29/2006 | MOK | Telephone conf./S.Rau/Status of witnesses. | 0.5 | 250.00 | 125.00 |
| 8/29/2006 | MOK | Prepare exhibits for meeting with MP. | 3.25 | 250.00 | 812.50 |
| 8/30/2006 | MOK | Meet with MP to discuss testimony and status of claims. | 4 | 250.00 | 1,000.00 |
| 8/31/2006 | MOK | Write Direct examination of MP and amend KP. | 6 | 250.00 | 1,500.00 |
| 9/2/2006 | MOK | Prepare cross and direct to discuss withKP. | 4.5 | 250.00 | 1,125.00 |
| 9/2/2006 | MOK | Prepare direct examination to discuss with KP. | 4.75 | 250.00 | 1,187.50 |
| 9/3/2006 | MOK | Write Opening statement. | 6.5 | 250.00 | 1,625.00 |
| 9/4/2006 | MOK | Write Closing with reference to anticipated test./Exhibits. | 5.75 | 250.00 | 1,437.50 |
| 9/5/2006 | MOK | Meet with MP and prep for testimony. | 4 | 250.00 | 1,000.00 |
| 9/5/2006 | MOK | Update settlement notebook in prep for settlement conf. | 3.25 | 250.00 | 812.50 |
| 9/6/2006 | MOK | Attend and participate in settlement conf. | 5.5 | 250.00 | 1,375.00 |
| 9/6/2006 | MOK | Client conf./Presentation of witnesses and exhibits. | 2.75 | 250.00 | 687.50 |
| 9/7/2006 | MOK | Telephone conf./Braith and Mowahald. | 3 | 250.00 | 750.00 |
| 9/7/2006 | MOK | Telephone conf./S.Schutlz. | 0.75 | 250.00 | 187.50 |
| 9/7/2006 | MOK | Organize Trial notebook with legal and rule research. | 4.75 | 250.00 | 1,187.50 |
| 9/8/2006 | MOK | Meet with MP. | 2.75 | 250.00 | 687.50 |

**Total**

Kane Education Law, LLC.
1654 Grand Avenue
Suite 200
Saint Paul, MN 55105

# Invoice

| Date | Invoice # |
|---|---|
| 9/21/2006 | 40 |

| Bill To |
|---|
| Dwight and Kelly Poulton<br>Route 4, Box 308<br>New Prague, Minnesota 56071 |

| Date | Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|
| 9/8/2006 | MOK | Organize trial notebook with witness testimony, cross, direct and references to exhibits. | 6.5 | 250.00 | 1,625.00 |
| 9/9/2006 | MOK | Finalize opening and closings. | 6 | 250.00 | 1,500.00 |
| 9/10/2006 | MOK | Client conf./KP, KM, and JM. | 6.75 | 250.00 | 1,687.50 |
| 9/10/2006 | MOK | Trial notebook, substantive issues re:remedies and compen.damages. | 6 | 250.00 | 1,500.00 |
| 9/11/2006 | MOK | Finalize trial notebook, meet with clients. | 7 | 250.00 | 1,750.00 |
| 9/11/2006 | MOK | Try case. | 3 | 250.00 | 750.00 |
| 9/11/2006 | MOK | Prepare direct examination of all witnesses. | 2.75 | 250.00 | 687.50 |
| 9/12/2006 | MOK | Prepare for trial. | 1.75 | 250.00 | 437.50 |
| 9/12/2006 | MOK | Try case. | 6.5 | 250.00 | 1,625.00 |
| 9/12/2006 | MOK | Witness prep for next day and incorporate additional cross. | 6 | 250.00 | 1,500.00 |
| 9/13/2006 | MOK | Prepare for trial. | 1 | 250.00 | 250.00 |
| 9/13/2006 | MOK | Try case. | 6.5 | 250.00 | 1,625.00 |
| 9/13/2006 | MOK | Review policies and procedures, answers to interrogs and aff in prep for cross. | 4.5 | 250.00 | 1,125.00 |
| 9/14/2006 | MOK | Prepare for cross. | 1 | 250.00 | 250.00 |
| 9/14/2006 | MOK | Try case. | 6.5 | 250.00 | 1,625.00 |
| 9/14/2006 | MOK | Prep JIGS and meet with counsel/Crt/ | 4 | 250.00 | 1,000.00 |
| 9/15/2006 | MOK | Meet with clients in wait for jury verdict. | 4 | 250.00 | 1,000.00 |
| 9/15/2006 | MOK | Attend for verdict. | 1 | 250.00 | 250.00 |
| | Reimb Group | | | | |
| 8/8/2006 | | Dist. Maps -copying | | 53.75 | 53.75 |
| 9/5/2006 | | Mileage reimbursement for M.P. case, 9-12-06 | | 42.72 | 42.72 |
| 9/7/2006 | | Witness and Mileage fees for Subpoena | | 74.71 | 74.71 |
| 9/11/2006 | | Courier | | 105.00 | 105.00 |

**Total**

Kane Education Law, LLC.
1654 Grand Avenue
Suite 200
Saint Paul, MN 55105

# Invoice

| Date | Invoice # |
|---|---|
| 9/21/2006 | 40 |

| Bill To |
|---|
| Dwight and Kelly Poulton<br>Route 4, Box 308<br>New Prague, Minnesota 56071 |

| Date | Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|
| 9/12/2006 | | Courier | | 68.48 | 68.48 |
| | | Total Reimbursable Expenses | | | 344.66 |
| | Reimb Group | | | | |
| 10/31/2005 | | Hotel | | 411.23 | 411.23 |
| 10/31/2005 | | Airfare | | 249.40 | 249.40 |
| 8/17/2006 | | Mediation | | 1282.50 | 1,282.50 |
| 10/5/2006 | | Mediation | | 125.00 | 125.00 |
| | | Total Reimbursable Expenses | | | 2,068.13 |

**Total** $99,725.29