**LEA R. HOGAN, M.D.**
PSYCHIATRY

Oakridge Professional Building
625 E. Nicollet Boulevard, Suite 320
Burnsville, MN 55337

Telephone (952) 435-0335
Fax (952) 435-0336

# STATEMENT

Matthew Poulton
13215 310th St
New Prague, MN 56071

| | | |
|---|---|---|
| 8/21/06 | Meeting with Kelly Poulton | $425 |
| 9/5/06 | Administrative time for PC's and cancelling appt's. (3 hours x $75 per hour) | 225 |
| | Review chart 1.5 hours x $400 per hour | 600 |
| 9/12/06 | Testify 2 hours x $600 per hour | 1200 |
| | 3 hours cancelled appointments x $365 per hour | 1095 |
| | Travel time x 1 hour | 300 |
| | Parking fee | 18 |
| | **TOTAL** | **$3863** |