**UNITED STATES DEFENDANT COURT**
**DEFENDANT OF MINNESOTA**

| | |
|---|---|
| M.P., by and through his parents And natural guardians, D.P. and K.P.,<br><br>Plaintiff,<br><br>v.<br><br>Independent School District No. 721, New Prague,<br><br>Defendant. | Civil File No. 01-771 (JNE/JEL)<br><br>**RULE 68 OFFER OF JUDGMENT** |

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant hereby offers to allow judgment to be taken against it, and in favor of the Plaintiff, in the sum of one hundred one thousand and no/100s dollars ($101,000.00), which sum includes reasonable attorney fees, costs, and disbursements now accrued. Should this offer not be accepted in writing within ten (10) days, it shall be deemed withdrawn.

Date: August 18, 2006

KENNEDY & GRAVEN, CHARTERED

By: Marie C. Skinner

Marie C. Skinner (#165025)
Charles E. Long (#239604)
Peter G. Mikhail (#249907)
200 South Sixth Street, Suite 470
Minneapolis, MN 55402
Telephone: (612) 337-9300
*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| M.P., by and through his parents And natural guardians, D.P. and K.P.,<br><br>Plaintiff,<br><br>v.<br><br>Independent School District No. 721, New Prague,<br><br>Defendant. | Civil File No. 01-771 (JNE/JEL)<br><br>**RULE 68 OFFER OF JUDGMENT** |

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant hereby offers to allow judgment to be taken against it, and in favor of the Plaintiff, in the sum of One Hundred One Thousand and No/100 Dollars ($101,000.00), which sum includes reasonable attorneys' fees, costs, and disbursements now accrued. Should this offer not be accepted in writing within ten (10) days, it shall be deemed withdrawn.

Date: August 18, 2006

KENNEDY & GRAVEN, CHARTERED

By [signature]
Marie C. Skinner (#165025)
Charles E. Long (#239604)
Peter G. Mikhail (#249907)
200 South Sixth Street, Suite 470
Minneapolis, MN 55402
Telephone: (612) 337-9300
*Attorneys for Defendant*