KANE EDUCATION LAW, LLC

MARGARET O'SULLIVAN KANE

ATTORNEY AT LAW

***FOR SETTLEMENT PURPOSES ONLY***

8 November 2006

**VIA FACSIMILE AND U.S. MAIL**

Marie C. Skinner
Charles E. Long
Peter G. Mikhail
Kennedy & Graven
200 South Sixth Street, Suite 470
Minneapolis, Minnesota 55402

**RE: M. P., *ET AL.*. v. INDEPENDENT SCHOOL DISTRICT NO. 721, NEW PRAGUE, *ET AL.***
**CIVIL FILE NO. 01-771 (JNE/JGG)**
**ATTORNEYS' FEES AND COSTS**

Dear Ms Skinner, Mr Long, and Mr Mikhail:

I am in the process of preparing the Application for Fees in this matter and wanted to provide your client with the opportunity to resolve the substantive claims as well as the fees, costs and disbursements in this matter prior to filing the application.

**SUBSTANTIVE CLAIMS:** The District will pay the jury verdict amount in total with the requisite interest.

**ATTORNEYS' FEES, COSTS AND DISBURSEMENTS**: I will be submitting an application that has redacted the fees associated with Defendant Pexa but will be seeking a lodestar amount of $250.00/hr for the past fees billed at $200.00/hr.[1] In order to resolve this matter, my client has authorized me to make an offer of settlement based on the following fees and costs:

**PRESENT FEES/COSTS**

597.95 hours at the rate of $200.00/hr. = $119,590.00 ($149,487.50 lodestar amount)

591.02 hours at the rate of $250.00/hr. = $147,755.00

1 *See Missouri v. Jenkins*, 491 U.S. 274, 284 (1989); *Lutheran Medical Center of Omaha v. Contractors, Laborers, et al.*, 814 F.Supp. 799, 804 (D. Neb. 1993).

1654 GRAND AVENUE, SUITE 200 SAINT PAUL, MINNESOTA 55105
TELEPHONE 651/222-8611 FACSIMILE 651/221-2623
WEBSITE www.kaneeducationlaw.com EMAIL mkane@kaneeducationlaw.com

| | |
|---|---|
| Total Costs/Disbursement | $ 5,541.48 |
| Expert Fees | $ 3,863.00 |
| **FEES AND COSTS(NO LODESTAR)** | **$276,749.48** |
| **LODESTAR FEES AND COSTS** | **$306,646.98** |

At a 15% reduction in fees and costs, the Defendants would be responsible to pay the amount of $235,237.06 representing an actual reduction in excess of $40,000.00. At the time the application is filed, Plaintiffs will seek the full lodestar amount as well as the fees associated with pursing the Defendants' Motion for Judgment NOV and the application itself. Please consider this offer withdrawn as of the close of business on the **13th of November 2006** at which time Plaintiffs will be filing the application.

It is notable that the total hours expended by the defendants, based on my review of the Defendants' professional billable hours is comparable to the hours spent by this office in representing the Plaintiffs.

If you have any questions regarding the above-referenced offer, please do not hesitate to contact my office. Thank you for time and consideration to this matter.

Respectfully,

Margaret O'Sullivan Kane

cc: Poultons

mok:dbs