**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

M. P., by and through
his parents and natural guardians,
K. P. and D. P.,

Civil File No. 01-711 (JNE/JJG)

Plaintiffs,

-vs-

**AFFIDAVIT OF STEVEN E. RAU**

Independent School District No. 721,
New Prague, New Prague Board
of Education,

Defendants.

STATE OF MINNESOTA )
) ss.
COUNTY OF HENNEPIN )

Steven E. Rau, being first duly sworn on oath, depose and state as follows:

1. I am an attorney duly licensed to practice in the State of Minnesota since 1983.

2. I am admitted to practice before various state and federal courts, including the United States Supreme Court, in the States of Minnesota, Nebraska and Wisconsin and the U.S. District Court for the District of Minnesota.

3. I completed my undergraduate education at Carlton College in 1978 and graduated from William Mitchell College of Law (*cum laude)* in 1983.

4. I am a member of the Federal Bar Association and Minnesota State Bar Associations.

5. My practice consists exclusively of civil trial work in many areas, including employment law, civil rights litigation and regulatory disciplinary actions.

6. I am familiar with the hourly rates billed by trial lawyers in the Minneapolis-St. Paul metropolitan area and their support staff in connection with complex litigation.

7. I have reviewed the Affidavit of Margaret O'Sullivan Kane setting forth the various hourly rates that she charged based on her experience and training.

8. Based upon my experience and familiarity with the hourly rates billed by trial lawyers and their support staff in this area, it is my opinion that the rates set forth in Ms Kane's Affidavit for the various attorneys and support staff are reasonable.

9. I have been a trial lawyer for over twenty years I have represented individuals and business entities in state and federal court and have tried a broad variety of cases to conclusion in federal court.

10. I have known Ms Kane for approximately fifteen years. I have consulted on numerous cases with Ms Kane. I know from first-hand experience that Ms Kane is an outstanding trial lawyer with a reputation for integrity and an unparalleled passion for the work she does. Many of her cases are challenging and involve claims that many find unpopular. She handles those cases and others with skill and faithful adherence to the highest ideals of our profession.

FURTHER YOUR AFFIANT SAYETH NOT.

Steven E. Rau

Subscribed and sworn to before me
this 10th day of November, 2006.

Notary Public

BRIGID M. VOLK
Notary Public
Minnesota
My Commission Expires January 31, 2010