**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

M. P., by and through
his parents and natural guardians,
K. P. and D. P.,

Plaintiffs,

-vs-

Independent School District No. 721,
New Prague, New Prague Board
of Education,

Defendants.

Civil File No. 01-711 (JNE/JJG)

**PLAINTIFFS' CERTIFICATE OF COMPLIANCE**

Pursuant to L.R. 7.1(e), the counsel in the above-captioned proceeding, Margaret O'Sullivan Kane, certifies that the Plaintiffs' Application for Fees, Costs and Disbursements contains 4,943 words and 425 lines in compliance with the type-volume limitations set forth in LR 7.1(e).

The word processing software used to prepare the Plaintiffs' Application is Microsoft Word and the document has been scanned through NortonVirus.

Subscribed and sworn to before me
This 13th day of November
2006.

______________________________
Notary Public

__/s/ Margaret O'Sullivan Kane
Margaret O'Sullivan Kane
ID # 220243