**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

M.P., by and through his parents and natural guardians, K.P. and D.P.,

Plaintiffs,

Case No. 01-771 (JNE/JJG)

-vs-

**AFFIDAVIT OF MARIE C. SKINNER**

Independent School District No. 721, New Prague, New Prague Board of Education,

Defendant.

---

State of Minnesota )
) ss:
County of Hennepin )

Marie C. Skinner, being first duly sworn upon oath, states:

1. I am one of the attorneys representing Defendant, and make this affidavit in support of Defendant's Response In Opposition To Plaintiffs' Application for an Award and Approval of Fees and Expenses.

2. I have been involved in settlement negotiations with Plaintiffs' counsel over the course of this litigation. In 2001 we participated in a settlement conference. The Plaintiffs' demand ranged from $900,000.00 to $500,000.00.

3. Attached as Exhibit A is a true and correct copy of a letter sent to me by Plaintiffs' counsel dated August 3, 2006 with Plaintiffs' settlement position.

4. On August 4, 2006 I met with Plaintiffs' counsel and her clients to attempt a settlement of the case. The Plaintiffs' initial demand that day was just under $1,000,000.00, which they lowered to approximately $600,000.00.

5. Attached as Exhibit B is a true and correct copy of a letter sent to me by Plaintiffs' counsel dated August 17, 2006 with their counter-offer to Defendant's settlement offer.

6. Attached as Exhibit C is a true and correct copy of Defendant's Rule 68 Offer of Judgment dated August 18, 2006.

7. Attached as Exhibit D is a true and correct copy of a letter sent to me by Plaintiffs' counsel dated August 21, 2006 with Plaintiffs' response to the Rule 68 Offer.

8. On September 6, 2006, the parties met with the Magistrate Judge in a final attempt to settle this matter. The parties remained hundreds of thousands of dollars apart. Because the parties were unable to come to any agreement, the matter proceeded to trial.

Further your affiant sayeth naught.

Dated: December 1, 2006

/s/ Marie C. Skinner
Marie C. Skinner

Subscribed and sworn to before me
this 1st day of December, 2006.

/s/ Barbara Carroll
Notary Public