**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Civil File No. 01-711 (JNE/JEL)

M.P., by and through his
Parents and natural guardians,
K.P. and D.P.,

Plaintiffs,

**ELECTRONIC CERTIFICATE OF SERVICE**

v.

Independent School District No. 721,
New Prague, New Prague Board of
Education

Defendant.

---

I hereby certify that on December 1, 2006, I caused the following documents:

1. Defendant's Response to Opposition to Plaintiff's Application for an Award and Approval of Fees and Expenses; and

2. Affidavit of Marie C. Skinner

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

mkane@kaneeducationlaw.com

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants.

**NONE.**

Date: December 1, 2006

KENNEDY & GRAVEN, CHARTERED

By /s/ Barbara J. Carroll
Barbara J. Carroll

302220v1 CEL NE500-3