**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

M. P., by and through
his parents and natural guardians,
K. P. and D. P.,

Plaintiffs,

-vs-

Independent School District No. 721,
New Prague, New Prague Board
of Education, Arlene Pexa, school nurse,
in her personal and representative capacity,

Defendants.

Civil File No. 01-771 (JNE/JJG)

**BILL OF COSTS**

Judgment having been entered in the above-entitled action on 21st of September 2006 against the Defendants, the Clerk is requested to tax the following as follows:

Fees of the Clerk ……………………………………………………… **$615.00**
($105.00 (U.S. District Court); $255.00 (8th Cir. 2002); $255.00 (8th Cir. 2005)).

Fees for service of summons and subpoenæ …………………………… **$39.00**
(Metro legal $39.00 5/06/01)

Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case ………………………………………….. **$347.00**
(Deposition transcripts 12/01, $347.00)

Fees and disbursements for printing ………………………………….. **$2,826.33**

| | |
|---|---|
| Brief and Addendum (8th Cir. 2002) | $908.39 |
| Reply (8th Cir. 2002) | $286.87 |
| Petition for Re-hearing (8th Cir 2003) | $475.00 |
| Brief and Addendum (8th Cir. 2005) | $831.81 |
| Reply (8th Cir. 2005) | $324.26 |

Fees for witnesses ……………………………………………………………

Fees for exemplification and copies of papers obtained for use in the case …

Docket fees under 28 U.S.C. § 1923 …………………………………………

Costs as shown on Mandate of Court of Appeals ……………………………

Compensation of court – appointed experts …………………………………

Compensation of interpreters and costs of special interpretation services under 28 U.S.C. § 1828 ……………………………………………………

Other costs (itemized)

**Total** **$3,827.33**

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage pre-paid to:

Marie C. Skinner
Kennedy & Graven
200 South Sixth Street
Suite 470
Minneapolis, Minnesota 55402

/s/ Margaret O'Sullivan Kane
Margaret O'Sullivan Kane/ ID# 220243
For Plaintiffs

Dated: 22 March 2007

Costs are taxed in the amount of ______________________ and included in the judgment.

__________________________ By: ______________________ Dated:___________
Clerk of Court Deputy Clerk