**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

M. P., by and through
his parents and natural guardians,
K. P. and D. P.,

Civil File No. 01-771 (JNE/JJG)

Plaintiffs,

**AFFIDAVIT OF MARGARET O'SULLIVAN KANE**

-vs-

Independent School District No. 721,
New Prague, New Prague Board
of Education, Arlene Pexa, school nurse,
in her personal and representative capacity,

Defendants.

State of Minnesota )
) ss
County of Ramsey )

Margaret O'Sullivan Kane, being duly sworn on oath, deposes and states the following:

1. I am the attorney representing the Plaintiffs in the above-captioned matter and make this affidavit in support of the Plaintiffs' Bill of Costs.

2. The itemized Bill of Costs submitted to this Court for consideration reflects true and accurate amounts incurred on behalf of the Plaintiffs through this and the appellate proceedings.

Subscribed and sworn to before me
this 22nd day of March 2007.

/s/ Margaret O'Sullivan Kane
Margaret O'Sullivan Kane/ID# 220243

______________________________
Notary Public