**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

M.P., by and through his parents and natural guardians K.P. and D.P.
Plaintiffs

-vs- Civ. 01-771 (JNE/JJG)

Independent School District No. 721, New Prague
Defendant

**COST JUDGMENT**

The costs of the Plaintiffs, M.P., by and through his parents and natural guardians, K.P. and D.P., have been taxed and allowed by the Clerk of this Court against the Defendant, Independent School District No. 721, New Prague, as follows:

| | | Claimed | Allowed |
|---|---|---|---|
| Fees of the Clerk | | 615.00 | 615.00 |
| Fees for service of summons and subpoena | | 39.00 | 39.00 |
| Fees of the court reporter | | 347.00 | 347.00 |
| Fees for disbursements for printing | | 2,826.33 | 2,826.33 |
| TOTAL: | $ | 3,827.33 | 3,827.33 |

Costs, therefore, are taxed in the sum of Three Thousand Eight Hundred Twenty-Seven Dollars and 33/100 in favor of the Plaintiffs, M.P., by and through his parents and natural guardians, K.P. and D.P., and against the Defendant, Independent School District No. 721, New Prague, and judgment is entered accordingly. Motion for review by the Court made be made within five days hereafter and filed with the Clerk of Court.

Dated at Duluth, Minnesota, this 10th day of April 2007.

RICHARD D. SLETTEN, CLERK

By_ s/Susan E. Anderson__
Susan E. Anderson
Division Manager